**BROADSTREET GLOBAL FUND REDEMPTION NOTICE**

**PLEASE READ THIS NOTICE CAREFULLY.**

**CONSULT YOUR ATTORNEY, INVESTMENT ADVISOR, OR OTHER PROFESSIONAL IF NECESSARY.**

**YOUR RIGHTS AS AN INVESTOR WILL BE SUBSTANTIALLY AFFECTED—WHETHER YOU MAKE AN ELECTION OR NOT.**

**AT THE CONCLUSION OF THE REDEMPTION DISCUSSED HEREIN, YOU WILL NO LONGER BE AN INVESTOR IN THE BROADSTREET GLOBAL FUND, LLC AND YOU WILL NO LONGER RECEIVE ANY RETURNS, DISTRIBUTIONS, OR OTHER FUNDS FROM THE BROADSTREET GLOBAL FUND, LLC.**

**As an Investor in the Broadstreet Global Fund, LLC ("BSGF"), you are hereby advised of our full redemption of the entirety of your investment pursuant to Article VI of the Amended and Restated Limited Liability Company Agreement (the "Operating Agreement"), that each investor executed to become an investor with BSGF. This redemption is binding upon you whether you make an election or not; therefore, you should carefully read this notice and all information referenced in or attached to this notice.**

**REDEMPTION OVERVIEW**

BSGF, as a private equity firm, focuses on multiple business opportunities, including the sale, transfer, trade and monetization of assets when opportunities present themselves. The developer associated with many of the BSGF projects, Contender Development, Inc., was presented with multiple opportunities for the purchase of some of our assets. In response, we retained professionals, including Builder Advisor Group, an investment bank specializing in mergers and acquisitions in the land development and housing sector and FINRA member that has participated in more than half of the largest homebuilder M&A transactions over the last ten years, and signed various non-disclosure agreements to evaluate the multiple sale opportunities (individually, a "Sale Opportunity," and collectively, the "Sale Opportunities").

Some of the Sale Opportunities will generate cash from the sale of individual infrastructure and land projects and another Sale Opportunity will create the payment through common stock of a New York Stock Exchange listed company that is restricted. By "restricted," we mean the stock you would be receiving has substantial restrictions on when it can be sold (restrictions could be for up to forty-two (42) months or less, depending on the price and trading volume of the stock). All restrictions are more specifically discussed in the draft Lock-Up Agreement attached as **Item 3**.

For your redemption, you will be given two choices, and you must make a selection. Under one option (Redemption Choice – A), the investor would receive, in cash, an amount calculated based on your initial capital contribution, plus any additional capital contributions, less any redemption payments made to you. The second option (Redemption Choice – B) involves providing the investor with the payment of restricted (as defined above) common stock in a company named Soulpower Acquisition Corp. (NYSE symbol: Soul), which is purchasing 21 infrastructure projects from BSGF through an entity called SWB Holdings; which will then merge into Soul with those assets from BSGF and contain approximately $250 million

in cash. You will be paid in stock equal to three times (3x) an amount calculated based on your initial capital contribution, plus any additional capital contributions, less any redemption payments made to you. The basis of this valuation of the assets being transferred to SWB Holdings and ultimately Soulpower Acquisition Corp. is derived from a number of valuations and calculations that were received placing the assets being sold at a valuation range of a low of $487 million to a high of multiple billion. The valuation was negotiated at an arm's length basis with the buyer and priced at the high end of the range based on our agreement to accept stock with the restrictions described above. A copy of one such valuation is attached as **Item 4**.

**There will be no additional returns or consideration paid. No additional payments or preferred returns will be paid to you on or after November 14, 2025.**

**After this redemption, whether you choose choice A or B, you will no longer be an investor in BSGF, you will no longer receive preferred returns or other payments from BSGF, and there will be no additional amounts or returns paid to you by BSGF.**

## REDEMPTION PROCESS

This redemption process will be conducted exactly as specified in the Operating Agreement document, a copy of which is attached hereto as **Item 2** and also available in the BSGF data room under the tab Operating Agreement.

## REDEMPTION CHOICE – A

For the first choice of redemption, known as "Redemption Choice – A," you will simply be redeemed for an amount calculated based on your initial capital contribution, plus any additional capital contributions, less any redemption payments made to you. Pursuant to the Series Supplement, you will be paid within 180 days of your redemption election. At the conclusion of this transaction, and after your payment has been made, you will no longer be an investor in BSGF.

## REDEMPTION CHOICE – B

For the second choice of redemption, known as "Redemption Choice – B," you will be paid with the payment of restricted common stock in a New York Stock Exchange listed company equal to three times (3x) an amount calculated based on your initial capital contribution, plus any additional capital contributions, less any redemption payments made to you. The basis for this valuation of assets being transferred to SWB Holdings which will ultimately become Soulpower Acquisition Corp. is derived from a number of valuations and calculations that were received placing the assets being sold for public stock at a valuation range of a low of $487 million to a high of multiple billion. The valuation was negotiated on an arm's length basis with the buyer and priced at the high end of the range based on our agreement to accept stock with the restrictions described above. The above-mentioned Operating Agreement will no longer govern any of your rights, or any of the terms or conditions on your investment, because you will no longer be an investor in BSGF. You will no longer receive any preferred returns or other payments from BSGF, because you will no longer be an investor in BSGF. You are also cautioned that the stock you are receiving contains substantial restrictions and conditions on when you can sell the stock, which are set forth in the document entitled Lock-Up Agreement attached as **Item 3** and which has also been placed in the BSGF data room under the heading of *Stock Redemption*. You should read this document carefully to fully understand the nature of

the payment of stock being made for Redemption Choice – B. In addition, you are urged to review the "Additional Q&A Information Schedule" that is attached as **Item 1**; click on the link provided in that schedule, and/or go to the website SEC.GOV, to read all of the public filings on the New York Stock Exchange Company whose stock you will be receiving. At the conclusion of this transaction, and after your stock has been transferred, you will no longer be an investor in BSGF.

**ADDITIONAL GENERAL INFORMATION**

All prior risk factors in any and all documentation that you received from BSGF are incorporated herein by reference and, in addition, you grant Broadstreet, Inc. a power of attorney to execute any and all documents necessary on your behalf in order to accomplish the matters set forth herein.

Neither the United States Securities and Exchange Commission nor any State Securities Administrator has approved or disapproved this redemption notice.

We will no longer be open to any new outside investors. Thus, you will either be completely redeemed for cash as specified in Redemption Choice – A or you will participate in Redemption Choice – B and be completely redeemed for restricted stock as specified in Redemption Choice – B.

**Going forward, you will no longer be a member of BSGF, your capital accounts will be a zero and you will not receive any other payments or preferred distributions.**

Investors will have fourteen (14) days to select which redemption they are choosing. **Any investor not completing this document will be logged in BSGF's records as having chosen Redemption Choice – A for a cash buyout and will, as a result, receive that cash buyout.**

Below on the last page is a form for you to fill out to confirm your selection.

Thanking you again,

Broadstreet Global Fund, LLC

Kindly check the box below to reflect which choice you select.

( ) Redemption Choice – A – payment in cash in an amount calculated based on your initial capital contribution, plus any additional capital contributions, less any redemption payments made to you.

( ) Redemption Choice – B – payment in restricted stock of three times (3x) an amount calculated based on your initial capital contribution, plus any additional capital contributions, less any redemption payments made to you.

Clients Name ______________________________

Signed ____________________________________ Date ____________________________________

211 N. Main Street, Greenville, SC 29601
https://broadstreetprivateequity.com