BROADSTREET GLOBAL

February 2, 2026

**Re:** **<u>Update to Investors on Current Status of Redemption</u>**

Dear Broadstreet Family:

As you are all aware, Broadstreet undertook the complete buyout/redemption of all of its investors with the administrative and documentary process of the buyout/redemption completed in November 2025. The process involved the issuing of a redemption notice to each investor with a deadline to respond and the securing of investor signatures and approvals accordingly. Each investor was provided the option to select the receipt of stock in a publicly traded company (the "Stock") issued as a result of the purchase of a number of real estate projects being sold involving Broadstreet or cash payment (the "Cash") and all to be done to complete the buyout of each investor.

Collectively the Stock and Cash payments (collectively referred to as the "Redemption Consideration") to be made to investors has a payment deadline of May 27, 2026 (the "Deadline"). Broadstreet hereby reports that the total Redemption Consideration due is approximately $2.14 billion (based on the calculation provided in the redemption notice) and Broadstreet is further pleased to report that 94% of the Redemption Consideration has already been secured through a binding agreement. Upon the completion of necessary steps to achieve certain tax and corporate legal documentation preconditions (*see* the Tax Discussion below), the Stock will be issued and Broadstreet is confident that it will be completed by the Deadline, if not sooner.

**Tax Discussion**[1]

The Stock being received involves a special purpose acquisition company ("SPAC"), the receipt of which, under the guidance of corporate and tax counsel, must follow certain steps to achieve tax-efficient results. That is, an operating company is being merged into a public company and the Stock is being channeled in a manner consistent with Internal Revenue Code Section 351 (tax-free contribution to a controlled corporation) and Internal Revenue Code Section 368 (tax-free corporate reorganizations) so that ultimately the investors will receive their Stock in a manner that will not trigger a taxable event to them upon receipt of the Stock. This legal work is being structured by a New York-based tax counsel and is being implemented by Delaware-based corporate counsel. Certain additional complimentary entities are being created to further ensure legal and tax compliance with the same including but not limited to liquidating trusts but all done with the intention of legal compliance and tax efficiencies for the benefit of investors. At the partnership level, Broadstreet's Stock processing is generally non-taxable to the partnership, and investors only recognize gain to the extent they receive cash, with basis in Stock tracking their outside basis (subject to the usual hot-asset rules). Once this complicated legal structure is completed, the Stock should ultimately issue to investors on or before the Deadline and those investors will thereby have been fully redeemed/bought out in terms of having received their consideration.

**Asset Sales**

As mentioned above, approximately 94% of the Redemption Consideration has already been secured and is binding and is paid for in Stock. The remaining 6% of the Redemption Consideration is payable as Cash and is reliant on asset sales of projects not sold for Stock, nor projects that have been set aside due to a litigation dispute, and thereby there are substantial assets remaining available through additional sales that are being procured for cash. Those sales are being pursued through negotiations with multiple different counterparties and among them two major multi-billion dollar publicly traded companies (hereinafter referred to as Purchaser #1 and Purchaser #2).

Purchaser #1 offered to pay for certain projects a total of one hundred and eighty-five million dollars ($185,000,000) with a net of approximately one hundred and fifty-five million ($155,000,000) to be achieved and to be paid by December 31, 2025. Such transaction did not close as anticipated due to additional circumstances as discussed below (*see* "Monitor Relationship" below). Purchaser #2 offered to pay for certain projects the sum of four hundred and fifty million dollars ($450,000,000) with negotiations ongoing and continuing to focus on specific projects, the valuations of those projects, the expected delivery status of those projects (such as what phase of construction would be at completion on turnover) and such other details as possibly joint venturing future business endeavors, transaction structures and handling of future construction completion, to name a few.

---

[1] This section and any strategy set forth herein is subject to change and Broadstreet reserves the right to make any changes without notification to any investor or party as may be recommended by tax and/or corporate counsel.

A number of potential purchasers have expressed a belief that they can renegotiate and/or reduce original offer prices due to the Monitor and the perceived belief that the Monitor has the ultimate approval right based on prior conduct of the Monitor during the pendency of this case. However, the Court made it abundantly clear during its hearing held in November 2025, that the Monitor does not possess the power to approve transactions nor make business decisions and thereby purchasers who are posturing or trying to re-negotiate prices believing that Broadstreet is under perceived pressure to sell at a substantial discount due to its negative and challenging relationship with the Monitor are mistaken. The investment documents executed by all investors provide multiple avenues for satisfaction of redemption[2]. Broadstreet will presently continue to proceed in a manner so that appropriate pricing is received for any cash sale.

As the Deadline is approximately four months away, achievement of asset sales to satisfy the remaining Redemption Consideration is being pursued by this strategy and individual sales to other potential suitors.

**Monitor Relationship**

Broadstreet and its counsel has attempted to maintain a professional relationship with the Monitor in order to expedite the termination of the Monitorship upon completion of the payments for the Redemption Consideration. As many of you are aware, Broadstreet had previously filed in Court a proposed lawsuit against the Monitor, which as of this date, has not been formally filed and served on the Monitor but which details only some of the issues that have arisen with the Monitor.

In an attempt to further de-escalate matters with the Monitor, since about November 2025,[3] Broadstreet retained two additional lawyers to focus on dealing with the Monitor and attempt to reset the relationship, as Broadstreet felt this was most prudent. The hope was to bring in new legal counsel, with no prior relationship with the Monitor and who also had no prior relationship with Broadstreet to simply achieve a more comfortable relationship. Nonetheless, Broadstreet will continue to work towards completing its obligations to its investors even in light of the present circumstances.

---

[2] The investment documents executed by all of the investors and acknowledged in the Compliance Acknowledgement give the Manager broad discretion in the manner in which decisions are made, redemptions are paid and the overall powers involving management.

[3] As many of you are aware, the relationship with the Monitor worsened in or about the last quarter of 2025. As alleged by Broadstreet and recently found by the Court upon a motion to remove the Monitor, the Monitor blurred the lines and does not have approval rights over Broadstreet's business decisions. As you all may recall you executed investment documents when you made your investment with Broadstreet that provide the Manager with broad discretion. Broadstreet has not waived or relinquished any of those broad and discretionary powers and may specifically utilize the same in the future if it deems so necessary. Investors should review all investment documents including the private placement memorandum, operating agreement, compliance acknowledgement and data room for a full description.

**Next Steps**

Broadstreet will continue to work towards the asset sales and continue to update you on a reasonable basis. At this point, with 94% of the Redemption Consideration secured, the redemption payment process is almost complete. We greatly appreciate your involvement with Broadstreet and will strive to always satisfy.

As always, if you have any questions please reach out.

Sincerely,

*Broadstreet Global Fund*

Broadstreet Global Fund