Case 1:26-cv-20398-DPG Document 14-1 Entered on FLSD Docket 02/27/2026 Page 1 of 4

BROADSTREET GLOBAL

February 25, 2026

**Re:** **Update to Investors on Current Status of Redemption**

Dear Broadstreet Family:

As you are all aware, Broadstreet undertook the complete buyout/redemption of all its investors with the administrative and documentary process of the buyout/redemption completed in November 2025. On or about February 2, 2026 you were emailed an update. This letter is a supplement to the prior communications to you and to further advise you of the status of matters. As previously reported, 94% of the Redemption Consideration has already been secured and is binding and to be paid for in Stock. All of the above was done based on the affirmative participation of the Broadstreet investors wherein an overwhelming majority has supported the corporate action, which was set to an investor vote even though not even required under the investment documents. Hence, Broadstreet has secured overwhelming investor support even though not required and has further received overwhelming positive investor satisfaction and feedback.

The tax and corporate lawyers continue their previously discussed tasks so that Stock consideration can be paid by the previously referenced May 27, 2026 deadline. The remaining 6% of the Redemption Consideration is payable as Cash and is reliant on asset sales of projects not sold for Stock, nor projects that have been set aside due to a litigation dispute, and thereby there are substantial assets remaining available through additional sales that are being procured. Since the last letter, progress has been made as a result of multiple in person and virtual meetings with prospective buyers.

**Current Progress Update**

We can now report further progress regarding the cash sales being pursued. We have been currently marketing multiple entitled or near-entitled residential land projects in South Carolina, and a previously referenced purchaser is re-engaging as a prospective bulk buyer of lots across several of these communities. An executive of a previously referenced purchaser just recently visited the development offices to further focus on those projects of interest. Right now, a total sell out of those projects would yield more than $112 million.

In addition, three new development companies/purchasers, two who are located in North Carolina and one who is located in Atlanta have begun negotiations across multiple projects of entitled or near-entitled residential land projects. Most projects are shown as “LDP in Hand,” “Entitled Fully Permitting Underway,” or annexed/rezoned awaiting plat approval, with detailed per-lot cost bases and targeted per-lot pricing indicating they are being actively positioned for sale of an assumed $65 million dollars of gross sale value for a total sell out.

Each of the above do have challenges in accomplishing the sales including but not limited to timing components affected by completion of sewer lines, final plats, landscaping, testing, permitting, easements and rights of way, just to name a few.

Our goal is to come to definitive timing, structure and terms in March, to then have legal documents drafted in April and to be ready in May. These are our goals. We recognize that with 94% of the Redemption Consideration already accounted for, this last 6% is now our present focus. Although the investment documents do provide optionality in order to achieve complete redemption of all investors as specified in the investment documents (private placement memorandum, operating agreement, etc. . .) to which all investors are bound, our goal presently focuses on the cash redemption rather than optionality.

**Current private equity exit and liquidity environment**[1]

McKinsey consulting reports that average holding periods stretched to roughly 6.6 years for limited partners in private equity investment to receive a return of their investment and that timing is well above the 2011–2020 norm. This statistic underscores that many sponsors are still holding assets longer than planned and that private equity investors are waiting on average 6.6 years to just receive a return of the original invested amount. Hence, Broadstreet's exit of its investors is well in advance of the norm in a market that has been described as challenging for private equity exits.

PitchBook data cited by market commentators similarly shows a challenging market for private equity exits and hence Broadstreet's performance in being able to provide an exit in such a short time is positive. Legal practitioners note that "traditional exit opportunities remain challenging, with the resulting lag in distributions creating an obstacle to fundraising," and that geopolitical and policy uncertainty has kept many institutional investors cautious and elongated fundraising timelines. S&P Global highlights that "the lifeblood of the private equity world is to continue raising new funds, and that is really stifled when you can't deliver distributions to your limited partners," which is pushing managers to accept more modest exits or use alternative liquidity structures to protect LP relationships. In fact, Blue Owl, one of the largest private equity firms with nearly $300 billion in assets just recently announced that it was ceasing normal redemptions of investors in its private equity fund and attempting to sell assets and the latest reports show they have only arranged for the return of roughly 30% of investor funds. Nonetheless, Broadstreet, a much smaller enterprise than Blue Owl, is pleased to have avoided such an unpleasant result for its

1. https://www.mckinsey.com/industries/private-capital/our-insights/global-private-markets-report

2. https://www.moonfare.com/us/blog/private-equity-2025-review

3. https://practiceguides.chambers.com/practice-guides/private-equity-2025/usa/trends-and-developments

4. https://www.spglobal.com/market-intelligence/en/news-insights/articles/2026/1/private-equity-exits-rise-returns-fall-in-2025-96929032

investors. Broadstreet investors are set to receive a multiple of value from their original investment and are set to receive such compensation in a timeline that is nearly twice as fast as the industry average of just returning the original investment value alone and not taking into account the returning of more than invested value.

**Future Updates**

As we previously did throughout the course of our relationship with investors, we will communicate on a regular basis to continue with updates. Also, as previously done, we urge you to review all of your investment documents to understand the process summarized above as this letter is not meant to be a replacement to the detail of all of the prior information you received in the investment documents and related reference materials.

We appreciate your continued support.

Sincerely,

*Broadstreet Global Fund*

Broadstreet Global Fund, LLC.