BROADSTREET
GLOBAL

March 23, 2026

**Re:** **<u>Update to Investors on Current Status of Redemption</u>**

Dear Broadstreet Family:

As you are all aware, Broadstreet undertook the complete buyout/redemption of all its investors with the administrative and documentary process of the buyout/redemption completed in November 2025. This letter is a supplement to all the prior communications to you and to keep this update brief, all prior communications are incorporated herein by reference.

**Current Progress Update**

We can now report further progress regarding the redemptions. The stock portion of the redemption continues to move forward with virtually all documentation files and diligence related services nearing completion. Likewise, the tax related work is also almost complete. That portion of the transaction represents roughly 94% of the total redemption consideration that is owed as previously reported. The remaining approximately 6% of the total redemption consideration is expected from cash sales of real estate. We are pleased to report that a number of positive movements have been made with multiple parties. Although no definitive purchase and sale agreement has been executed as of this date, more detailed meetings and draft documents, which are the necessary precursor to such an event are taking place. We continue to be optimistic in achieving our goal even though there is presently a great deal of geo-political and financial market turmoil in the world. We do recognize that the overall markets and economy are matters that are outside of our control but again we comfort ourselves in our belief that we own unique assets. We remain positive and bullish about our abilities accordingly.

**Future Updates**

As we previously did throughout the course of our relationship with investors, we will communicate on a regular basis to continue with updates. Also, as previously done, we urge you to review all of your investment documents to understand the process summarized above as this letter is not meant to be a replacement to the detail of all of the prior information you received in the investment documents and related reference materials.

We appreciate your continued support.

Sincerely,

*Broadstreet Global Fund*

Broadstreet Global Fund, LLC.