April 28, 2026

Re: Broadstreet Global Fund ("BSGF") update

Dear Broadstreet Universe:

As the first quarter of the year has completed, we wanted to take this opportunity to update you all on our progress.

The first quarter has been filled with substantial news both on the geopolitical front as well as our own Fund level operations. We are pleased to report the information contained in this letter, which we believe reflects extraordinary achievement on the part of BSGF.

## Business Transactions

Our primary major deal, that is our present focal point, involves the sale of approximately 26 of our infrastructure projects and the ultimate receipt of $3 Billion of the stock of a public company. As you all know, we are a private equity firm seeking above market results (as discussed in our investment literature) and firm believers that time and again with patience and sophistication, the public markets are still the single best source of investment alpha (profit) even though there can be substantial volatility. Remember, even stock all-stars Berkshire Hathaway, Amazon and Nvidia experienced fifty percent drops in their stocks, however, even with the volatility that is applicable to public stocks, we are still firm believers in the extraordinary upside potential of public companies when patience is applied.

Our closing for our stock transaction involving our infrastructure projects continues to proceed and those investors who elected to participate are expected to receive their redemption by the end of May. We have regularly scheduled due diligence meetings to complete all tasks necessary to achieve that goal and have the involvement of lawyers, accountants and tax professionals all aware of the timing and requirements.

In addition, we also have undertaken a process of selling a number of our other infrastructure projects for cash with the goal being to generate funds to pay those investors that elected to receive a cash redemption (See redemption process discussed below). Presently, we have arranged for the sale of up to 9 projects for a total of $170 million in consideration from one publicly traded homebuilder and arranged the sale of up to another 15 projects in the amount of $120 million to yet another publicly traded homebuilder. The final documentation is being drafted involving those transactions as well as the final payoffs to lenders and third parties in order to determine the net amount of cash that can be received to make cash payments to investors. We presently have some arrangements we are finalizing including the assumption of certain debts by third parties to allow us to yield cash proceeds. We also have important tasks such as the securing of title insurance and confirmed payoff amounts, just to name a few open items. We do not expect the document drafting process to take long as we have utilized the land transfer documentation in prior transactions with the buyers and, as such, we think the document drafting process can be achieved in a timely manner provided the aforementioned issues are favorably resolved.[1]

## November 2025 redemption process

In November 2025, the Fund undertook a full redemption/withdrawal process for all investors. Under the redemption structure approved at that time:

- Approximately 94% of the total redemption consideration, representing roughly $2 billion, was to be satisfied through redemption payment in stock. That stock redemption is currently being implemented and is expected to close before the end of May 2026, as previously referenced to investors.
- The remaining approximately 6% of the redemption consideration is to be paid in cash through the sale of various Fund real estate assets as mentioned above. (See Business Transactions section).

## Current market conditions and impact on asset sales

Since the November 2025 redemption decision, market conditions for real estate and certain private assets have not recovered. There has been a softening housing market and also there has been a failure of interest rates to fall, though the opposite had been expected for quite some time. Some of

[1] There has been ongoing litigation involving certain L3 investors over a small part of our business. Thus, out of an abundance of caution, we reiterate that no disputed assets are being used to redeem Broadstreet investors or as part of the SPAC transaction.

the major public homebuilders have all recently announced curtailment and re-alignment of their business.

This has led to a significant deterioration in the ability of companies in our business to dispose of such real estate assets in a timely manner for cash on acceptable terms without jeopardizing future business. This also makes us all proud of our accomplishments in a most challenging real estate home sales market. That is, we have buyers in line for purchase in such a challenging market.

## Private Equity Specifics – Not Involving Broadstreet

We are also pleased with what we have accomplished, especially in comparison to the discussion below of what notable players in the private equity industry have announced and experienced.

In short, there have been signs of challenges in the private equity industry in particular in liquidity and redemption activity. Outside of artificial intelligence ("ai") focused private equity firms, the press has reflected that the non ai related investment landscape has been challenging. Recently, multiple large private markets and private credit platforms have either gated redemptions, imposed caps, or otherwise limited withdrawals, including:

- Blackstone Real Estate Income Trust, Inc. ("BREIT") – a non-traded REIT sponsored by Blackstone Inc. which, following a surge of redemption requests, enforced monthly and quarterly redemption caps, resulting in a multi-quarter backlog of unfulfilled redemption requests.
- BlackRock's HPS Corporate Lending Fund (often referenced by ticker "HLEND"), a private credit vehicle managed by BlackRock, Inc., which recently limited quarterly withdrawals and gated redemptions.
- Blue Owl Capital Corp II ("Blue Owl Capital Corp II" or "OBDC II") and related private credit vehicles managed by Blue Owl Capital Inc., which have permanently or indefinitely restricted quarterly redemptions for certain funds and are instead returning capital to investors over time through periodic distributions as assets are liquidated or repositioned.
- Blackstone's flagship private credit fund (often referenced as "BCRED"), which has experienced record redemption requests and, in response, has relied on redemption caps and modified tender offers to manage liquidity and fulfill withdrawal requests over time.

In contrast, we have been arranging for the complete redemption of all of our investors. Considering our legal, regulatory, market, macro-economic and micro-economic struggles, our achievements, even just up to this point, are quite substantial.

## Homebuilders – Specific Market Discussion

In addition, there have been extraordinarily difficult challenges in the residential real estate market, including major homebuilders reporting disappointing results which has lead them to curtail cash purchases due to their own depressed earnings. The fact that BSGF has been able to negotiate sales of its lands in these challenging times is in our opinion an outlier and an achievement.

As the chart below indicates, single family home sales, the portion of the market in which the Fund has maintained a primary focus, are at levels not seen since the global financial crisis in 2008.




In fact, D.R. Horton, the nation's largest homebuilder by volume, reported fiscal first quarter 2026 results (for the quarter ended December 31, 2025) that starkly illustrate the depth of the downturn. Net income fell 30% year-over-year. Management guided second-quarter gross margins are further down citing the need for even more aggressive buyer incentives, that is, even greater price and profit cuts. Executive Chairman David Auld acknowledged that "affordability constraints and a cautious consumer sentiment continue to impact new home demand" and stated that "sales incentives will remain elevated throughout fiscal 2026."

Lennar Corporation, the second-largest U.S. homebuilder, fared even worse. For its fiscal first quarter ended February 28, 2026, Lennar reported net earnings of a staggering 56% decline from the year-ago quarter. Perhaps most alarming, gross margins on home sales compressed down sharply reflecting lower revenue per square foot combined with higher land costs. Lennar has reportedly been forced to offer pricing incentives averaging approximately 14% of the home price just to sustain volume and market share, a strategy that has come at the direct expense of profitability.

## Our Goal – Broadstreet going forward

Our goal, in light of everything previously discussed is simple. Complete our stock sales transaction and distribute the stock to those investors who elected stock redemption. Complete our land sales for cash and distribute the cash to those investors who elected cash redemption. In short, as of the writing of this letter we strive to achieve our goals but we also must be responsible and determine alternatives in the event such deadlines are not met as this question has been raised by our investors and hence we address that topic below.

Early on when our investment documents were first drafted (by a prominent law firm in New York) extensive detail was put in our documents in order to permit the Managers to make decisions for the best interest of the Fund and investors. Discussed below are the powers of Management and the alternatives of management which are being specifically addressed in this letter at the request of investors.

Accordingly, the next section of this update focuses on key language signed by all involving the operation of the Fund. Although all of you have this information in the documentation you received, we are happy to again set forth the language applicable to such questions since it has been a regularly recurring request and question.

## Exercise of Manager discretion under the Fund documents

Under Section 2.05(b) of the Operating Agreement, the Company and any Series may:

> "…engage in any activity or transaction that may, in the Manager's discretion, be necessary, suitable or proper to achieve the objective [of the Fund and Series]…"

The PPM further provides, in both the "Withdrawals/Manager Decisions" and "Payment" sections (page 12), that:

> "**Notwithstanding anything else in any Supplement, side letter or any other form of document,** in the event that the Manager determines it necessary, **all withdrawals may be modified or paid back in kind** if the Manager so determines it to be **in the best interest of the Fund** and such decision is left to the **sole and absolute discretion of the Manager**."

These provisions confirm that the Manager may modify the terms of withdrawals, including substituting in-kind distributions for cash, halting payments, etc. . . , where it determines such action to be necessary and in the best interests of the Fund and its investors. No such decision is being made

at this time, but again, since asked this often, the answer is quite simple - - in the event things change, the Manager is authorized to make decisions to adjust to those changes. We certainly would have liked to have all transactions closed as of now, however, we are also realistic as to what it takes to close large business transactions and how many variables are simply not within our control.

Every investor executing these documents acknowledged that they are highly sophisticated, high net worth investors with full understanding of all documents that they signed and further had the opportunity to have all documents reviewed by their own independent investment professionals. We have abided by the documents we have provided to you and will continue to do so.

These clauses are customary in the private investment industry and appropriate and act to protect the investors and the business. In the event that circumstances present themselves wherein the Manager utilizes these provisions, then they will be used exactly in the manner as intended in the agreements signed by all investors and the Manager shall advise you. Again, to reiterate, to date, the Manager has not made such a decision, but the Manager does have the power to do so.

## Conclusion

We will continue to provide updates just as we have done in the past. We have prided ourselves on our outstanding relationship with our investors and the incredible achievements of our business. We will continue to work towards our goals.

If you have any questions, please contact Info@Broadstreetglobalfund.com

Sincerely,

**Broad Street Global Management LLC**

Manager of Broad Street Global Fund LLC