BROADSTREET GLOBAL

May 14, 2026

Re: Broadstreet Global Fund ("BSGF") update

Dear Broadstreet Universe:

On April 28, 2026 we released an investor update letter (the "April Update"). In response to questions and follow-up from our investment community, now approximately two and one half weeks later, we hereby supplement our prior correspondence by providing as much up to date information as possible.

We continue to work on our business transactions (See "Business Transactions" section of April Update). As previously referenced, approximately 94% of the redemption value of our investors elected to be redeemed in the form of stock payment from a reverse triangular merger transaction. We expect our asset transfer portion of the transaction to be completed by the last week of May, in line with the original timeline announced.

The remaining 6% of the redemption value had elected cash consideration. As of this date, we have encountered two obstacles to completing that portion of the redemption by the last week of May. First, one of the structures that we expected to utilize was the assumption of certain of our debts by a third party. We have already drafted assumption documents accordingly. Such mechanism would allow us to free up cash proceeds from certain asset sales. The success of that now appears uncertain due to ongoing negotiation disagreements that we hope to amicably resolve. Second, one of our purchasers has attempted to negotiate what we deem to be too large a financial concession.

It is our belief that some of our counterparties believe that by changing deals or asserting pressure upon us, that we must accept them based on the marketplace and our redemption deadlines, however, they are wrong and we are not going to change our negotiation stance[1]. As previously referenced in

[1] In the April Update we referenced the challenging environment for private equity, including referencing the gating of redemptions by Blackstone, Blackrock and Blue Owl Capital. Additional news has also arisen that other firms such as Starwood Capital, Apollo Global Management, Carlyle Group, Golub Capital and KKR have all gated redemptions of investors. Gating is common and authorized in our documents as well.

our April Update section entitled "Exercise of Manager discretion under the Fund documents" the Manager was granted broad powers and as such, we are not under pressure to accept what we deem unacceptable negotiations as we have the power to modify any supplement, side letter or any other form of document. If the Manager determines it necessary, all withdrawals may be modified or paid back in kind. Such decisions are left to the sole and absolute discretion of the Manager. (See ppm page 12 under "Withdrawals/Manager Decisions" and "Payment" sections as one of many sections/documents granting the manager broad powers).

Consequently, we can proceed with our stock transaction for the 94% of the total redemption payments so that the overwhelming majority amount of the redemption is pursued and then delay or alter the cash representing just the 6% of the total redemption value, a minority of the total redemption.

Since we have dealt with many counterparties in the homebuilding arena, we do not feel compelled to be forced into the cash component deal and if necessary, we will cancel any or all of the cash sales transactions and then resume discussions with other parties who expressed interest in our assets and who are competitors to the present parties. Although we had hoped to complete asset sales to satisfy the cash component of our redemption transaction in a timely manner, we also recognize that if the sales do not yield appropriate proceeds, then we are under no pressure to accept the changes now served upon us by our counterparties and we can have their competitors acquire what we believe to be very valuable assets.

According to Pitchbook, which is a leading source of statistics in the private equity market, the distributions to paid in capital (also known as DPI), which reflects the cash returned to investors relative to the capital they placed in private equity has collapsed from a high of receiving almost 2.5x their investment, to now where investors are not receiving any multiple near that (see chart below). Hence, our ability to redeem the overwhelming majority at a premium and then wait until more rational pricing to redeem the last six percent (a minority) of the total redemption is still dramatically better than the overwhelming majority of private equity firms in the market according to the below.



We will continue to work towards our goals and to provide updates. If you have any questions, please contact Info@Broadstreetglobalfund.com

Sincerely,

**Broad Street Global Management LLC**

Manager of Broad Street Global Fund LLC