# EXHIBIT "D"

# BrokerCheck Report

## AKHIL MORADA

CRD# 4859707


| **Section Title** | **Page(s)** |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 5 |
| Disclosure Events | 6 |


When communicating online or investing with any professional, make sure you know who you're dealing with. Imposters might link to sites like BrokerCheck from phishing or similar scam websites, or through social media, trying to steal your personal information or your money.

Please contact FINRA with any concerns.

**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

**Thank you for using FINRA BrokerCheck.**

Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org

For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

**AKHIL MORADA**
CRD# 4859707

This broker is not currently registered.

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**

- 0 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

B **PRIMEX**
CRD# 29394
Miami, FL
07/2016 - 12/2016

B **NEWBRIDGE SECURITIES CORPORATION**
CRD# 104065
BOCA RATON, FL
03/2015 - 07/2016

B **E.J. STERLING, LLC**
CRD# 16569
Miami, FL
01/2014 - 04/2015

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker? **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|---|---|
| Regulatory Event | 1 |
| Customer Dispute | 8 |
| Judgment/Lien | 1 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

# Broker Qualifications

## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

# Broker Qualifications

## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below. A passed exam or exam waiver does not permit a broker to do business without an active SRO or state registration.

**This individual has passed 0 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| | Exam | Category | Date |
|---|---|---|---|
| B | Securities Industry Essentials Examination | SIE | 12/21/2016 |
| B | General Securities Representative Examination | Series 7 | 09/28/2004 |

### State Securities Law Exams

| | Exam | Category | Date |
|---|---|---|---|
| B | Uniform Securities Agent State Law Examination | Series 63 | 10/08/2004 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

# Broker Qualifications

## Professional Designations

This section details that the representative has reported **0** professional designation(s).

No information reported.

Only professional designations listed in Question 8 of the Form U4 will appear in this section if the appropriate box is checked and verified by the issuing organization at the time of the filing. Learn more about eligible designations at IARD and NASAA.

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

# Registration and Employment History

## Registration History

The broker previously was registered with the following firms:

| | Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|---|
| B | 07/2016 - 12/2016 | PRIMEX | 29394 | Miami, FL |
| B | 03/2015 - 07/2016 | NEWBRIDGE SECURITIES CORPORATION | 104065 | BOCA RATON, FL |
| B | 01/2014 - 04/2015 | E.J. STERLING, LLC | 16569 | Miami, FL |
| B | 11/2012 - 01/2014 | NSM SECURITIES, INC. | 134357 | WEST PALM BEACH, FL |
| B | 09/2009 - 11/2012 | CBG FINANCIAL GROUP, INC. | 6578 | BOCA RATON, FL |
| B | 09/2004 - 10/2009 | GUNNALLEN FINANCIAL, INC | 17609 | BOCA RATON, FL |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment | Employer Name | Position | Investment Related | Employer Location |
|---|---|---|---|---|
| 12/2016 - Present | CJS Financial Advisers | Investment Advisor Representative | Y | Coral Springs, FL, United States |
| 07/2016 - Present | Primex | Registered Rep | Y | New York, NY, United States |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

AKHIL MORADA VENTURES, INC. START DATE OCTOBER 14,2013. PRESIDENT OF THE FIRM. NON-INVESTMENT RELATED. SET UP FOR TAX PURPOSES ONLY. APPROXIMATE TIME SPENT 1 HOUR PER MONTH. ZERO DURING MARKET HOURS.

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

## Disclosure Events

**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   - A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   - A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
   -

3. **Disclosure events in BrokerCheck reports come from different sources:**
   - As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
   -

4. **There are different statuses and dispositions for disclosure events:**
   - A disclosure event may have a status of *pending, on appeal,* or *final.*
     - A "pending" event involves allegations that have not been proven or formally adjudicated.
     - An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     - A "final" event has been concluded and its resolution is not subject to change.
   - A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     - An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     - A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     - A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

| | Pending | Final | On Appeal |
|---|---|---|---|
| Regulatory Event | 0 | 1 | 0 |
| Customer Dispute | 0 | 8 | N/A |
| Judgment/Lien | 1 | N/A | N/A |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

## Disclosure Event Details

When evaluating this information, please keep in mind that a discloure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Regulatory - Final

This type of disclosure event may involve (1) a final, formal proceeding initiated by a regulatory authority (e.g., a state securities agency, self-regulatory organization, federal regulatory such as the Securities and Exchange Commission, foreign financial regulatory body) for a violation of investment-related rules or regulations; or (2) a revocation or suspension of a broker's authority to act as an attorney, accountant, or federal contractor.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Regulator |
| **Regulatory Action Initiated By:** | FINRA |
| **Sanction(s) Sought:** | |
| **Date Initiated:** | 08/21/2018 |
| **Docket/Case Number:** | 2016050114701 |
| **Employing firm when activity occurred which led to the regulatory action:** | E.J. Sterling, LLC nka Allied Millennial Partners, LLC |
| **Product Type:** | Other: unspecified securities |
| **Allegations:** | Without admitting or denying the findings, Morada consented to the sanctions and to the entry of findings that he engaged in quantitatively unsuitable trading in the accounts of customers. The findings stated that Morada recommended the trading in the customers' accounts, and the customers followed Morada's recommendations. Accordingly, Morada had de facto control over the customers' accounts. These accounts sustained a collective net loss of $55,555.56 (after accounting for certain factors, including partial restitution provided to the customers by the member firm). The findings also stated that at various times, Morada exercised discretion without prior written authorization in those customers' accounts, and without the firm having accepted those accounts as discretionary in writing. |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Current Status:** | Final |
| **Resolution:** | Acceptance, Waiver & Consent(AWC) |
| **Does the order constitute a final order based on violations of any laws or regulations that prohibit fraudulent, manipulative, or deceptive conduct?** | No |
| **Resolution Date:** | 08/21/2018 |
| **Sanctions Ordered:** | Civil and Administrative Penalty(ies)/Fine(s)<br>Restitution<br>Suspension |
| **If the regulator is the SEC, CFTC, or an SRO, did the action result in a finding of a willful violation or failure to supervise?** | No |

**(1) willfully violated any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board, or to have been unable to comply with any provision of such Act, rule or regulation?**

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

**(2) willfully aided, abetted, counseled, commanded, induced, or procured the violation by any person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any of such Acts, or any of the rules of the Municipal Securities Rulemaking Board? or**

**(3) failed reasonably to supervise another person subject to your supervision, with a view to preventing the violation by such person of any provision of the Securities Act of 1933, the Securities Exchange Act of 1934, the Investment Advisers Act of 1940, the Investment Company Act of 1940, the Commodity Exchange Act, or any rule or regulation under any such Acts, or any of the rules of the Municipal Securities Rulemaking Board?**

**Sanction 1 of 1**

| | |
|---|---|
| **Sanction Type:** | Suspension |
| **Capacities Affected:** | All capacities |
| **Duration:** | 12 months |
| **Start Date:** | 09/04/2018 |
| **End Date:** | 09/03/2019 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Monetary Sanction 1 of 2** | |
| **Monetary Related Sanction:** | Restitution |
| **Total Amount:** | $55,555.56 |
| **Portion Levied against individual:** | $55,555.56 |
| **Payment Plan:** | Deferred; plus interest |
| **Is Payment Plan Current:** | |
| **Date Paid by individual:** | |
| **Was any portion of penalty waived?** | No |
| **Amount Waived:** | |
| **Monetary Sanction 2 of 2** | |
| **Monetary Related Sanction:** | Civil and Administrative Penalty(ies)/Fine(s) |
| **Total Amount:** | $15,000.00 |
| **Portion Levied against individual:** | $15,000.00 |
| **Payment Plan:** | deferred |
| **Is Payment Plan Current:** | |
| **Date Paid by individual:** | |
| **Was any portion of penalty waived?** | No |
| **Amount Waived:** | |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

## Customer Dispute - Settled

This type of disclosure event involves a consumer-initiated, investment-related complaint, arbitration proceeding or civil suit containing allegations of sale practice violations against the broker that resulted in a monetary settlement to the customer.

**Disclosure 1 of 7**

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | NEWBRIDGE SECURITIES CORPORATION |
| **Allegations:** | CLAIMANT ALLEGES AMONG OTHER THINGS, UNAUTHORIZED TRADES, NEGLIGENCE, BREACH OF CONTRACT, MISREPRESENTATION, FAILURE TO SUPERVISE AND BREACH OF FIDUCIARY DUTY. |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $60,000.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | 17-00697 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 03/14/2017 |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/22/2017 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 12/05/2017 |
| **Settlement Amount:** | $7,500.00 |
| **Individual Contribution Amount:** | $0.00 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

**Disclosure 2 of 7**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | NEWBRIDGE SECURITIES CORPORATION |
| **Allegations:** | CLIENT SUBMITTED AN EMAIL TO THE FIRM ALLEGING THAT THE REP DID NOT DISCUSS THE OVERALL PERFORMANCE OF THE ACCOUNT WITH HIM. HE FELT THAT THE REP MADE WILD TRADES ON HIS ACCOUNT, DID NOT DISCUSS THE ACCOUNT STRATEGIES OR ACCOUNT LOSSES WITH HIM AND THAT THE REP MADE BIG COMMISSIONS FOR HIMSELF. |
| **Product Type:** | Options |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLIENT INDICATED THAT HE WANTED REIMBURSEMENT FOR ALL OF HIS LOSSES. BASED ON A GOOD FAITH DETERMINATION BY THE FIRM, DAMAGES WILL EXCEED $5K. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 12/20/2015 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 02/11/2016 |
| **Settlement Amount:** | $38,000.00 |
| **Individual Contribution Amount:** | $28,819.84 |

**Disclosure 3 of 7**

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | NSM SECURITIES AND EJ STERLING, LLC |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Allegations:** | CLIENTS ALLEGED THAT WHILE AT NSM AND WHILE EMPLOYED AT EJ STERLING THEY WERE SOLD SPECULATIVE SECURITIES BY THE RR AT HIGH VELOCITY CHARGING EXCESSIVE MARK UPS AND MARK DOWNS |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $250,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | THEY STATED OUT OF POCKET DAMAGES WERE APPROXIMATELY $250,000 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 15-00494 |
| **Date Notice/Process Served:** | 03/06/2015 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 01/27/2016 |
| **Monetary Compensation Amount:** | $30,000.00 |
| **Individual Contribution Amount:** | $30,000.00 |

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | E.J. STERLING, LLC |
| **Allegations:** | CLAIMANTS ALLEGE RESPONDENTS CONDUCT BREACHED THEIR FIDUCIARY DUTY, NEGLIGENCE/NEGLIGENT SUPERVISION, BREACH OF CONTRACT AND FRAUD. |
| **Product Type:** | Equity-OTC<br>Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $250,000.00 |

## Arbitration Information

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 15-00494 |
| **Date Notice/Process Served:** | 02/25/2015 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 01/27/2016 |
| **Monetary Compensation Amount:** | $30,000.00 |
| **Individual Contribution Amount:** | $30,000.00 |

**Disclosure 4 of 7**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | IAA FINANCIAL  LLC |
| **Allegations:** | APRIL 2011 THROUGH DECEMBER 2012 CLAIMANTS ALLEGED UNSUITABLE INVESTMENT STRATEGIES WERE MADE IN THEIR ACCOUNT. MORADA HANDLED THE ACCOUNT ONLY FROM JULY 2012 THROUGH NOVEMBER 2012 |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $25,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLIENTS WERE ALLEGING DAMAGES OF BETWEEN $10,000 & 25,000 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 02/13/2015 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 02/26/2015 |
| **Settlement Amount:** | $2,000.00 |
| **Individual Contribution Amount:** | $2,000.00 |
| **Broker Statement** | MR. MORADA DENIES ANY WRONG DOING. THE CLAIMANTS AUTHORIZED THE SALE OF OPKO AND THE PURCHASE OF 2 ADDITIONAL STOCKS IN THE ACCOUNT IN JULY 2012. MR. MORADA WAS THE RR ON THE ACCOUNT FROM JULY 2012 THROUGH NOVEMBER 2012. HE AGREED TO THE SETTLEMENT TO RESOLVE THE ISSUE. |

**Disclosure 5 of 7**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | EJ STERLING, LLC |
| **Allegations:** | ON JUNE 19, 2014 THE CLIENT CALLED AND ALLEGED THAT SOME EXCESSIVE AND UNSUITABLE TRADING HAD TAKEN PLACE IN HIS ACCOUNT SINCE ACCOUNT OPENING IN FEBRUARY 2014 |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $78,000.00 |
| **Is this an oral complaint?** | Yes |
| **Is this a written complaint?** | No |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 06/19/2014 |
| **Complaint Pending?** | No |
| **Status:** | Settled |
| **Status Date:** | 07/09/2014 |
| **Settlement Amount:** | $60,000.00 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Individual Contribution Amount:** | $60,000.00 |
| **Broker Statement** | THE CLIENT WAS AN EXPERIENCED, AFFLUENT INVESTOR, WHOM I HAD MET PERSONALLY PRIOR TO OPENING THE ACCOUNT. AMONGST OTHER THINGS, WE DISCUSSED HIS BUSINESSES, PERSONAL AIRCRAFT, AS WELL AS ALL PERTINENT INVESTOR PROFILE INFORMATION. [CUSTOMER] STATED HE WANTED TO USE HIS ACCOUNT TO SEEK LARGE GAINS WHILE BEING MORE DIVERSIFIED THAN HE CURRENTLY WAS. HE HAD THE MEANS TO DO SO AND WAS CURRENTLY FULLY CONCENTRATED IN GOOGLE. HIS ACCOUNT HAD DONE QUITE WELL INITIALLY, AFTER I DIVERSIFIED HIM INTO SEVERAL SECURITIES. HOWEVER, IN MARCH 2014 WHEN THE NASDAQ EXPERIENCED A 10% CORRECTION IN 4 WEEKS, HE EXPERIENCED THE EFFECTS OF THE MARKET DECLINE. AT THIS POINT HE STOPPED TAKING MY CALLS AND TRANSFERRED TO ANOTHER BROKERAGE FIRM WHERE HE ULTIMATELY SOLD REALIZING THE LOSSES. THE CLIENT WAS AWARE AT ALL TIMES OF THE ACTIVITY IN HIS ACCOUNT, EVIDENCED BY HIS REVIEWING HIS ACCOUNT ON-LINE APPROXIMATELY 300 TIMES IN A 90 DAY PERIOD. HAD HE NOT SOLD, HE WOULD HAVE RECOUPED A SIGNIFICANT AMOUNT OF HIS UNREALIZED LOSSES TWO WEEKS AFTER HE TRANSFERRED OUT. |

**Disclosure 6 of 7**

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | GUNNALLEN FINANCIAL |
| **Allegations:** | CLAIMANT ALLEGES CHURNING, FRAUD AND UNSUITABLE INVESTMENTS. |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $200,000.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 10-00003 |
| **Date Notice/Process Served:** | 02/26/2010 |
| **Arbitration Pending?** | Yes |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | GUNNALLEN FINANCIAL, INC |
| **Allegations:** | CLAIMANT ALLEGES IMPROPER AND UNAUTHORIZED ACTIVITIES. |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $35,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLAIMANT'S ATTORNEY'S LETTER DATED 2/15/10 INDICATES THAT CLAIMANT IS SEEKING DAMAGES OF $35,000 INCLUSIVE OF COSTS AND ATTORNEYS FEES. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 02/26/2010 |
| **Complaint Pending?** | No |
| **Status:** | Evolved into Arbitration/CFTC reparation (the individual is a named party) |
| **Status Date:** | 02/26/2010 |
| **Settlement Amount:** | $25,000.00 |
| **Individual Contribution Amount:** | $0.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 10-00003 |
| **Date Notice/Process Served:** | 02/26/2010 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Disposition Date:** | 02/27/2012 |
| **Monetary Compensation Amount:** | $25,000.00 |
| **Individual Contribution Amount:** | $0.00 |

**Disclosure 7 of 7**

| | |
|---|---|
| **Reporting Source:** | Firm |
| **Employing firm when activities occurred which led to the complaint:** | GUNNALLEN FINANCIAL |
| **Allegations:** | CLIENT ALLEGES UNSUITABLE AND UNAUTHORIZED TRADES. |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $5,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLIENT ALLEGES NON SPECIFIC DAMAGES BUT OVER 5,000.00. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 05/11/2009 |
| **Complaint Pending?** | No |
| **Status:** | Denied |
| **Status Date:** | 05/22/2009 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

| | |
|---|---|
| **Reporting Source:** | Broker |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Employing firm when activities occurred which led to the complaint:** | GUNNALLEN FINANCIAL, INC. |
| **Allegations:** | CLIENT ALLEGES UNSUITABLE AND UNAUTHORIZED TRADES |
| **Product Type:** | Equity Listed (Common & Preferred Stock) |
| **Alleged Damages:** | $5,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLIENT ALLEGES NON SPECIFIC DAMAGES BUT OVER $5000.00 |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | Yes |
| **Arbitration/Reparation forum or court name and location:** | FINRA |
| **Docket/Case #:** | 10-00002 |
| **Filing date of arbitration/CFTC reparation or civil litigation:** | 02/22/2010 |

## Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 03/31/2010 |
| **Complaint Pending?** | No |
| **Status:** | Evolved into Arbitration/CFTC reparation (the individual is a named party) |
| **Status Date:** | 02/27/2012 |
| **Settlement Amount:** | $5,000.00 |
| **Individual Contribution Amount:** | $0.00 |

## Arbitration Information

| | |
|---|---|
| **Arbitration/CFTC reparation claim filed with (FINRA, AAA, CFTC, etc.):** | FINRA |
| **Docket/Case #:** | 10-00003 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

| | |
|---|---|
| **Date Notice/Process Served:** | 02/26/2010 |
| **Arbitration Pending?** | No |
| **Disposition:** | Settled |
| **Disposition Date:** | 02/27/2012 |
| **Monetary Compensation Amount:** | $5,000.00 |
| **Individual Contribution Amount:** | $0.00 |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

## Customer Dispute - Closed-No Action / Withdrawn / Dismissed / Denied

This type of disclosure event involves (1) a consumer-initiated, investment-related arbitration or civil suit containing allegations of sales practice violations against the individual broker that was dismissed, withdrawn, or denied; or (2) a consumer-initiated, investment-related written complaint containing allegations that the broker engaged in sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities, which was closed without action, withdrawn, or denied.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | NEWBRIDGE SECURITIES CORPORATION |
| **Allegations:** | IN A SERIES OF CONVERSATIONS HELD WITH THE BM BETWEEN 12/20/2015 AND 12/28/2015 AND ALSO IN EMAILS DATED 12/21/2015 AND 12/22/2015, CLIENT INDICATED THAT HE FELT HIS ACCOUNT WAS BEING DESTROYED; REFERENCING TO A LOSS OF APPROX. 190K IN 5 MONTHS. CLIENT FELT THE REP'S OPTION TRADING IN HIS ACCOUNT WAS RECKLESS AND THAT HE WAS NOT CONSULTED ON ALL TRADES. |
| **Product Type:** | Options |
| **Alleged Damages:** | $0.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | CLIENT DID NOT MENTION SPECIFIC COMPENSATORY DAMAGES, BUT BASED ON A GOOD FAITH DETERMINATION BY FIRM, DAMAGES IS ENVISAGED TO EXCEED $5K. |
| **Is this an oral complaint?** | No |
| **Is this a written complaint?** | Yes |
| **Is this an arbitration/CFTC reparation or civil litigation?** | No |

### Customer Complaint Information

| | |
|---|---|
| **Date Complaint Received:** | 12/21/2015 |
| **Complaint Pending?** | No |
| **Status:** | Withdrawn |
| **Status Date:** | 03/02/2016 |
| **Settlement Amount:** | |
| **Individual Contribution Amount:** | |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

©2026 FINRA. All rights reserved. Report about AKHIL MORADA.

## Judgment / Lien

This type of disclosure event involves an unsatisfied and outstanding judgments or liens against the broker.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Judgment/Lien Holder:** | IRS |
| **Judgment/Lien Amount:** | $50,879.38 |
| **Judgment/Lien Type:** | Tax |
| **Date Filed with Court:** | 08/10/2015 |
| **Date Individual Learned:** | 09/13/2016 |
| **Type of Court:** | Miami Dade County |
| **Name of Court:** | Miami Dade County Florida County Courthouse |
| **Location of Court:** | Miami Dade County |
| **Judgment/Lien Outstanding?** | Yes |

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.

# End of Report

**This page is intentionally left blank.**

�2026 FINRA. All rights reserved. Report about AKHIL MORADA.