# EXHIBIT "E"




# QUARTERLY REPORT

## Broadstreet Global Fund

**Q1—2024**




# DEAR INVESTOR:

With great enthusiasm, we extend our greetings to you. In light of the rapid expansion of our operations, we found it prudent to transition to a quarterly reporting cadence, as opposed to the previous monthly frequency. This adjustment is reflective of the substantial influx of new business that we have been experiencing.

We are delighted to report that it has been another excellent quarter for business. Within the confines of this newsletter, you will find a comprehensive delineation of our diversified business verticals. Please take your time to carefully review this information as it contains updates about your various investments with us.

Your inquisitiveness is of paramount importance to us. Should any queries arise, we cordially encourage you to make contact without hesitation. Thank you for your continued trust and partnership.

As we continue to grow rapidly, there is a time lag between the number of projects that we have and the date of this report. Project numbers, progress and the business are constantly changing due to the scale of our size.




# TABLE OF CONTENTS:


I. Real Estate Infrastructure Development

II. Hotel Projects

III. Merchant Cash Advance

IV. Fixed Income

V. Custom Home Building

VI. Housing Market Overview

VII. Homebuilding Opportunities

VIII. Crystal Lagoons

IX. Auto Dealerships

X. Self-Storage

XI. Crypto Mining

XII. Pre-IPO Highlights

XIII. Other Updates

XIV. Disclaimer

# Real Estate Infrastructure Development

BROADSTREET
GLOBAL FUND

Real estate infrastructure development (REID) is an industry in the real estate sector that develops the infrastructure for homes, which includes improving undeveloped land, zoning approval, street installation, utility installation, cable installation, sewer septic installation, fire and road services and the overall meeting of density requirements. Thereafter, the lots are sold to the top homebuilders in the U.S. like D.R. Horton who then build homes to sell to the retail home buyer. This process of delivering housing lots for purchase to homebuilders is known as lot take down or infrastructure development. Broad Street Global is involved in a joint venture with Blackstream Development LLC and its affiliates who have contracts with five of the top ten homebuilders in the U.S. to complete multiple infrastructure development deals in Greenville, SC.

Builders like D.R. Horton contractually guarantee a profit for delivery of a property in a "home build ready" status so that the homebuilder can singularly focus on building its homes and selling them to consumers. These deals generate consistent above market returns backed by a contract from these homebuilders guaranteeing quarterly purchases of lots as well as money placed in escrow to assure builder performance. In return for capital paid to Blackstream Development LLC, Broad Street Global is entitled to receive a portion of all profits generated from the infrastructure development deals. With the use of leverage and the fact that the deals have large profit margins, Broadstreet is able to pay its investors above market rate returns in comparison to traditional fixed income investments.

The number of homes listed for sale in Greenville is at a historic low, meaning that supply is tight. The current inventory is about two months of housing supply; supply and demand are closer in sync when there is a six-month supply. Experts say it could take years to get back to that level so inventory will remain a challenge.

Nearly 3,000 single family homes, condos and townhomes are available to buy in Greenville, but those looking to purchase vastly outnumber the inventory. Greenville has added more new residents than almost any other county in South Carolina over the past decade, a population boom reflected in the region's shortage of available housing. High demand with low supply is expected to provide a catalyst for additional appreciation in the Greenville residential real estate market.

As indicated in the statistics mentioned in this discussion, home inventory in Greenville is scarce. Greenville's housing market has grown quickly as demand outpaces supply leading to higher home prices and a lack of inventory. Low interest rates and a large number of people migrating to Greenville have all led to a huge amount of demand and not a lot of available houses in Greenville. Significant inventory growth for years to come is required for top homebuilders like D.R. Horton to be successful in the Greenville market.

# Real Estate Infrastructure Development

BROADSTREET GLOBAL FUND

D.R. Horton's need for inventory as well as Greenville's shortage of homes for sale means D.R. Horton and other builders will need to acquire more "home build ready" lots at a steady rate. Hence, there will continue to be high demand for delivering lots in infrastructure development deals. As a result, infrastructure development deals should yield consistent profits. The increased demand in new homes can be attributed to a development boom in the area, national market trends and increases in disposable income for Greenville County residents. The details in this discussion exemplify why homebuilders operating in Greenville will continue to need "home build ready" lots.

The ultimate goal is for the completion of the infrastructure development deals and to continue to raise funding for future infrastructure projects with builders like D.R. Horton and Lennar (two largest homebuilders in the U.S. by market cap). In these lot take down deals and in future transactions, the current growth of the real estate market in the areas Broadstreet has identified present an outstanding opportunity. Future projects which seem the most likely to generate the returns are placed under contract with a fully refundable deposit to tie up the land while the project goes through the various stages of analysis and zoning approval pursuit.

Broadstreet believes that increased demand for inventory for homebuilders is one of many reasons why these infrastructure deals will produce above market returns in the real estate infrastructure development space. Broadstreet currently has 52 infrastructure deals in progress involving five of the top ten largest homebuilders in the U.S. by market capitalization. We have an additional 9 projects in the pre-approval stage. Presently our builders include DR Horton, Lennar, Pulte, Meritage and Ryan Homes and we expect to continue growing our business with those large builders.

Below is a summary of the current infrastructure projects and a brief status update of where each one stands. This is only a list of projects we are substantially working on right now and does not reflect all of our projects.

## INFRASTRUCTURE PROJECTS

**Projects with lots currently being delivered**—Brookside Farms (Greer, SC), Wexford Park (Fountain Inn, SC), Lakestone (Woodruff, SC), Chestnut Ridge (Greenville, SC)

**All other infrastructure projects**—Ashby Village (Sanford, NC), Baxter Village (Boiling Springs, SC), Bridgeway (Fountain Inn, SC), Chestnut Springs (Boiling Springs, SC), Fox Creek/Hyatt (Gaffney, SC), Highland Colony (Greer, SC), Stoneledge Cottages (Fountain Inn, SC), The Haven (Simpsonville, SC), Catawba Ridge (Lancaster County, SC), Chestnut Crossing (Greenwood, SC), Chestnut Reserve (Greenwood, SC), Cross Anchor (Woodruff, SC), Fleming Road (Youngsville, NC), Fort Gaffney (Gaffney, SC), Greer Townhomes (Greer, SC), Harriett Circle (Anderson, SC), Highland Ridge (Easley, SC), Hunter Place (Youngsville, NC), Johns Creek (Greenwood, SC), Midtown (Sanford, NC), Neely Park & Neely Ridge (Woodruff, SC), Oak Hills (Columbia, SC), Pearson Town Rd (Moore, SC), Reserve at Woodruff (Woodruff, SC), River Crest (Greer, SC), Riverstone (Winston-Salem, NC), Robertson Rambo (Rock Hill, SC), Rocky River Ridge (Anderson, SC), Rountree (Columbia, SC), Saluda Easley (Easley, SC), Southport (Spartanburg, SC), Suttles Park (Moore, SC), Valley Cove Farms (Piedmont, SC), Wakefield (Columbia, SC), Willis Foreman (Hephzibah, GA), Woodlark (Greenville, SC)

## ASHBY VILLAGE (SANFORD, NC)

Most of Phases 1 and 2 of the lots and roads has been finished. Presently, efforts are focused on grading, road construction, temporary pond grassing, and seeding. We've secured an agreement with an engineering firm and are awaiting approval from the City of Sanford. Sewer approval has already been obtained. Duke Energy is currently working on a new design, while D.R. Horton is making strides in acquiring three easements for the new power line route. Clearing of areas for the new power lines will be the responsibility of the developer. This lot take down deal is for a total of 350 lots to be delivered to the homebuilder.

## BAXTER VILLAGE (BOILING SPRINGS, SC)

Since the previous report, Phase 1 of water installation has been successfully completed and Phase 2 is underway. Sewer infrastructure has reached Phases 3 and 4, with pending specifics required for sewer tie-ins from the engineering firm. The general contractor is actively involved with the engineers in the pipe bridge project as well. There is ongoing exploration regarding a potential design alteration, considering borings beneath the creek as an alternative to the pipe bridge. Concerns have been raised by the water company regarding potential future damage. Modifications to the pipe bridge are on hold pending confirmation of the feasibility of the alternative design. Negotiations with SCDOT (South Carolina Department of Transportation) continue regarding a traffic light, while other amenities are also undergoing development. The number of lots included in this lot take-down agreement has been revised from 469 lots to 550 lots to be delivered to the homebuilder.

## BRIDGEWAY (FOUNTAIN INN, SC)

Since the previous update, both ponds have been finished, and the flow acceptance letter was settled with the renewable water company. Sixty percent of the mass grading has been accomplished. The sewer system is currently undergoing assessment by the engineering firm. Challenges with rock formations at the front and rear of the project site have been identified, prompting discussions within the construction team about potential methods of treatment, including blasting or alternative approaches. SCDOT is addressing issues with the deteriorating road on Hunts Bridge, and plans for relocating a power pole are expected to be finalized within a few weeks. This lot take-down agreement involves a total of 142 lots designated for delivery to the homebuilder.

## BROOKSIDE FARMS (GREER, SC)

Final grading work in Phase 2 is nearly complete. Grassing for all lots and embankments is scheduled to be completed by May 2nd. The sewer crossing under the creek has been successfully bored.

Construction of the force main from the lift station has commenced, and it's anticipated to be connected to the existing force main line in April. An additional line has been installed behind the houses, along with the completion of grassing and a walking trail in that vicinity. Repairs for Moon Lake Dam are ongoing, managed by the engineering firm and geotechnical consultants who are addressing design concerns and making adjustments to the sewer profile to accommodate the future development. This could potentially cause a delay in the delivery and installation of sewer manholes. This lot take-down deal is for a total of 622 lots to be delivered to the homebuilder.

## CATAWBA RIDGE (LANCASTER COUNTY, SC)

Since the previous update, we have obtained confirmation of the on-site placement of the Catawba Ridge Blvd extension, and preparations are underway for a TIS (Traffic Impact Study) to substantiate this decision. The civil engineering team remains dedicated to finalizing the preliminary plat for submission. Upon approval of the preliminary plat, we will commence comprehensive civil design work and establish timelines for the LDP (Land Disturbance Permit) submission and construction. The agreement for this lot take down encompasses a total of 1,490 lots designated for delivery to the homebuilder.

## CHESTNUT CROSSING (GREENWOOD, SC)

Since the last update, ongoing communication has continued regarding zoning approval. The construction team remains engaged in addressing the sewer concern and pursuing site approval from the planning commission. They are currently awaiting feedback to determine if approval will be granted at the planning level or if a public hearing will be required. It's noteworthy that the number of lots in this lot acquisition agreement has been revised from 160 to 145 lots, designated for delivery to the homebuilder.

## CHESTNUT RIDGE (GREENVILLE, SC)

The painting of both interior and exterior walls for the amenity area is currently in progress, while the pickleball court has been successfully paved. The final surface for Phase 1 of Silicon Drive is now complete. Additionally, last touches for the amenity drive and parking lot have been completed. Water meter installation for the amenities is now set, with electrical work nearing 95% completion. Fencing has been erected around the pool, playground, and pond areas. Manhole testing has been concluded. However, sewer capacity testing has indicated that the new extension line will not be able to accommodate the site. The engineering team is planning to convene a meeting promptly to address and resolve this issue. This lot take down deal is for a total of 360 lots to be delivered to the homebuilder.

## CHESTNUT SPRINGS (BOILING SPRINGS, SC)

The pump station has been powered since the last report. Presently, construction crews are focused on completing the sewer line and securing the driveway encroachment permit for the final plat. This lot take down deal is for a total of 220 lots to be delivered to the homebuilder.

## CROSS ANCHOR (WOODRUFF, SC)

Since the last update, all required due diligence for this project has been acquired. Following a meeting with the engineer, it was communicated that there is a slight delay in the LDP (Land Disturbance Permit), and it is now anticipated to be submitted in April. It was suggested that external traffic engineers be hired to address the heightened requirements from SCDOT (South Caroline Department of Transportation). After review of the due diligence and will servitudes, it was noted that amendments will be necessary. Additionally, a neighboring property owner expressed interest in purchasing a buffer along the boundary between the two properties. We have informed the engineering firm about this development and are waiting to submit the LDP before making further decisions. This lot take down deal is for a total of 873 lots to be delivered to the homebuilder.

## FLEMING ROAD (YOUNGSVILLE, NC)

A topography survey and preliminary examination of the site plan indicated a reduction of 35 lots. Presently, the civil engineering team is in the process of adjusting the site plan accordingly. The sale price will be based on the unit count outlined in the latest site plan. This agreement currently entails the delivery of a total of 261 lots to the homebuilder.

## FORT GAFFNEY (GAFFNEY, SC)

For Tract 1, engineers are presently focused on finalizing the Preliminary Plat submission, targeted for April, with the aim of submitting the LDP (Land Disturbance Permit) by the end of May. Approval for the LDP is anticipated by October 2024. Permits for 269 lots were submitted in Q2 2023 and successfully received in Q1 2024. Regarding Tract 2, engineers are actively working on the Preliminary Plat submission, expected to be completed by April 2024. LDP approval for this tract is projected for August 2024. Permits for 111 lots were submitted in Q4 2023 and received in Q1 2024. In the case of Tract 3, engineers are on the brink of submitting construction drawings. LDP approval is anticipated by May 2024. Permits for 81 lots were submitted in Q4 2023 and received in Q1 2024. It's noteworthy that the number of lots in the lot acquisition agreement has been revised downward from 572 to 461 lots, intended for delivery to the homebuilder.

## FOX CREEK/HYATT (GAFFNEY, SC)

Phase I has been fully graded, while overall site grading has progressed to 60% completion since the last report. Presently, the construction team is in the process of finalizing the development of a new route for the force main. Throughout Q2, the team's primary focus will be on completing the grading process and implementing the new route for the force main. It's also important to note that the number of lots in this lot acquisition deal has been revised to 725 lots from the initial 831, as per the updated layout, designated for delivery to the homebuilder.

## HARRIETT CIRCLE (ANDERSON, SC)

Ongoing tasks involve a redlining grading project and evaluating grading agreements. Preliminary plat approval was received in Q3 2023, and the LDP (Land Disturbance Permit) was received in Q1 2024. Notably, the count of lots in this lot acquisition agreement has been adjusted from 136 to 132 lots, designated for delivery to the homebuilder.

## THE HAVEN (SIMPSONVILLE, SC)

All storm drainage pipes have been delivered to the site in preparation for installation, which is scheduled throughout March. The necessary SCDOT (South Carolina Department of Transportation) permit number and plans have been acquired. The construction team is currently in the process of securing the SCDOT surety bond. Initial efforts involve the installation of the SCDOT storm drain, prioritizing areas around the top of the retention pond to align with project specifications. Final updates were made to the pond's surveying arrangements and were submitted to Greenville County in March. The approval process and permitting for the updated water plan are in progress as well. While there was a delay in acquiring storm drainage pipes in January and February, all required materials are now available on-site, allowing for installation to proceed. This lot take down deal is for a total of 40 lots to be delivered to the homebuilder.

## HIGHLAND COLONY (GREER, SC)

Since the last update, all lots have been platted with Greenville County. Lennar has acquired 30 lots thus far. In addition, a concrete slab has been installed for a kiosk, and a second monument sign has been ordered as requested by the homebuilder. This lot acquisition deal comprises a total of 49 lots intended for delivery to the homebuilder.

## HIGHLAND RIDGE, LLC (EASLEY, SC)

The construction team is expected to complete the process of securing additional borings within the next two weeks, notwithstanding encountering unexpected rock formations. Completion of transformers is estimated to be approximately 8-9 months from now. Efforts are underway to obtain a proposal from the general contractor. Furthermore, it's noted that the number of lots in this lot acquisition agreement has been adjusted from 175 to 168 lots, slated for delivery to the homebuilder.

## HUNTER PLACE (YOUNGSVILLE, NC)

Since the last report, we received questions from NCDOT (North Carolina Department of Transportation) regarding the TIA scope. A site visit by USACE (United States Army Corps of Engineers) and NC Department of Water was also held since the last report. Wetlands and the receipt of civil engineering proposal are the items currently pending. We are scheduled to have a proposal and a timeline soon. This lot take down deal is for a total of 358 lots to be delivered to the home-builder.

## JOHNS CREEK (GREENWOOD, SC)

The general contractor is currently addressing feedback received from the site plan submission to the county, which occurred towards the end of Q4 2023. With the permit now obtained, construction is slated to commence in Q2 2024. The LDP (Land Disturbance Permit) was issued at the end of March. Sub-sequently, clearing activities will commence, estimated to span approximately three months. Notably, the count of lots in this lot acquisition agreement has been adjusted from 165 to 157 lots, designated for delivery to the homebuilder.

## LAKESTONE (WOODRUFF, SC)

The paving of the sports courts, pool shell, decking, pergolas, painting, fencing, sidewalks, tile installation, pool equipment installation, water meter installation, permanent power setup, and landscaping for the amenities have all been finished. Additionally, the mechanical, electrical, and plumbing work for the amenities is currently at 90% completion. This lot take down deal is for a total of 401 lots to be delivered to the homebuilder.

## MIDTOWN (SANFORD, NC)

Since the last report, the initial round of comments has been received from the state. The engineer has addressed these comments accordingly, and the construction team has commenced their work. Bi-weekly meetings involving the engineering firm and the general contractor began on 2/15. Moving forward, Lennar will

also be participating in these bi-weekly meetings. The Environmental Phase II Assessment was completed without any issues. Lennar has provided product details, including phases and elevations, and they are in the process of reviewing an amenity prototype. A boundary survey has been ordered, and a revised site plan has been requested from the engineer. The construction team is presently engaged in securing approval for water/ sewer documents from the city and state, developing an irrigation control plan, and awaiting a proposal from the builder for the completion of Phases 2 and 3. Additionally, they are anticipating the receipt of the boundary survey and a revised site plan, as well as preparing for a fourth-round review with Lennar. This lot take down deal is for a total of 727 lots to be delivered to the homebuilder.

## MONARCH GROVE (GREER, SC)

A development name and road names have been officially reserved for this project. The Planning Advisory Commission of the City of Greer reviewed the preliminary plat submission on February 22nd and efforts are underway to secure a small easement for the initial sewer tie-in. Following a review of the plat proposal, the City of Greer has requested a meeting to discuss road improvements and modifications to the site plan before moving forward. This lot take-down agreement involves a total of 158 lots to be delivered to the homebuilder.

## NEELY PARK & NEELY RIDGE (WOODRUFF, SC)

While awaiting the final contract for the pump station, the construction team's current priority lies in securing a builder and initiating the submission of the LDP (Land Disturbance Permit). Simultaneously, the engineer is actively engaged in developing site amenities. After the LDP is received, a general contractor will be selected. The number of lots in this lot take down deal has been revised from 541 lots to 531 lots to be delivered to the homebuilder.

## OAK HILLS (COLUMBIA, SC)

Bi-weekly progress updates with the engineer and homebuilder have commenced. The LDP has been resubmitted and is expected by the end of March. Construction crews are currently working on the wetlands permit, lagoon specs, construction proposals, and revised TIS (Traffic Impact Study) for the lagoon and master community. This lot take down deal is for a total of 1,145 lots, revised upwards from 1,010 lots to be delivered to the homebuilder.

## PEARSON TOWN ROAD (MOORE, SC)

Since the last update, we have received all due diligence documentation for this project. A meeting was held with the engineer, during which they informed us of a slight delay in the LDP submission, which is now expected in April. They recommended bringing on external traffic engineers to address increased

requirements from the SCDOT (South Carolina Department of Transportation). Additionally, Duke Energy has informed us about potential plans to revitalize energy lines within the project area, and a meeting is scheduled for March to discuss this further. This lot take down deal is for a total of 1,170 lots to be delivered to the home-builder.

## THE RESERVE AT WOODRUFF (WOODRUFF, SC)

Since the last update, the general contractor has taken significant steps to address the pump station issue with the city of Woodruff by signing a proposal with a local engineering consultant group. Simultaneously, they are in the process of transferring the property to a new entity. Communication has been established with USACE (United States Army Corps of Engineers), who has offered guidance on the NWP (Nationwide Permit). According to USACE, the project can proceed based on the current project description. Should there be a need to temporarily impact areas beyond the permitted zone, there is potential for utilizing a non-reporting NWP for provisional construction, access, and dewatering. This will be subject to the specifics of the short-term impacts. Currently, the team is collaborating with engineers to determine the most suitable course of action moving forward. Additionally, it's noted that this lot take down deal comprises a total of 531 lots, adjusted downwards from the initial 537 lots intended for delivery to the home-builder.

## RIVER CREST, BENNETT'S BRIDGE (GREER, SC)

Since the last update, a silt fence has been installed around the outer boundaries of the land disturbance area. Clearing activities are currently underway, while a team of engineers collaborates with SCDOT (South Carolina Department of Transportation) to obtain plan approval. The general contractor is actively working on obtaining rough budget estimates for the build to determine whether to proceed with a wet pond or revert to a dry pond design. Surveying and staking of the inner disturbance limits, as per the Phase I erosion control plan, are scheduled for March. Additionally, discussions with electricians regarding the lighting plan are ongoing. It's important to note that this lot acquisition agreement encompasses a total of 20 lots intended for delivery to the homebuilder.

## RIVERSTONE (WINSTON-SALEM, NC)

Since the previous update, we have received the grading plan. Presently, the construction team is focused on securing a builder and obtaining an upgraded plan from the general contractor. This lot take down deal is for a total of 19 lots to be delivered to the homebuilder.

## ROBERTSON RAMBO (ROCK HILL, SC)

Since the last update, the preliminary plat has been submitted, with the LDP (Land Disturbance Permit) expected to be granted by August 15, 2024. The completion of the pump station is projected for 2025-2026. Currently, efforts are focused on obtaining new estimates from the engineer and monitoring the status of parking lot regulation rescission. Regarding Tract 1, the preliminary plat was resubmitted and approved in Q3 2023, with the permit submitted and approved in Q4 2023. However, the permit date for Tract 2 is still pending determination. This lot acquisition agreement involves a total of 213 lots slated for delivery to the homebuilder.

## ROCKY RIVER HOLDINGS, LLC-ROCKY RIVER RIDGE (ANDERSON, SC)

Land clearing operations are ongoing for this project. Engineers are actively addressing comments provided by SCDOT (South Carolina Department of Transportation). Additionally, a contract is pending with the water utility company. Collaboration with SCDOT is planned to address their feedback on the development. It's important to note that this lot acquisition agreement encompasses a total of 588 lots intended for delivery to the homebuilder.

## ROUNTREE (COLUMBIA, SC)

The construction team is presently engaged in the annexation process and facilitating the donation of land for a walking trail. Notably, this lot acquisition agreement now comprises a total of 255 lots, which has been adjusted upwards from the initial 100 lots intended for delivery to the homebuilder.

## SOUTHPORT/RICHLAND CREEK (SPARTANBURG, SC)

Since the last update, the permit has been successfully obtained, and the construction management team is now conducting an analysis of the site's disposition. Presently, the construction team is focused on obtaining a creek crossing LDP (Land Disturbance Permit), with expectations of receiving a water/sewer permit within the next 30 days. Selection of a grader is pending before other outstanding permits can be acquired. This lot acquisition agreement encompasses a total of 218 lots intended for delivery to the homebuilder.

## STONELEDGE COTTAGES (FOUNTAIN INN, SC)

Since the previous report, two sewer visual inspections and a CCTV test have been successfully completed. Temporary signal work was also finalized and Greenville County can now move on to record the plat. A sewer letter has also been submitted, and the vacuum sewer work is finished.

The number of lots in this lot take-down agreement has been adjusted from 192 to 188 lots to be delivered to the homebuilder.

## SUTTLES PARK (MOORE, SC)

Since the last report, Phase 1 has been successfully completed and a survey has been conducted. The construction team is currently prioritizing the upgrade of the water main, while also awaiting preliminary plat comments from the SCDOT (South Carolina Department of Transportation). This lot acquisition deal encompasses a total of 470 lots intended for delivery to the homebuilder.

## VALLEY COVE FARMS (PIEDMONT, SC)

The engineering firm is currently proceeding with the grading plan and design. Additional surveying requirements that were identified for areas such as the front entrance, seller-retained property, lift station location, and road improvements have all been commissioned. The general contractor has received recommendations from the engineer regarding sewer design and capacity, which will be presented to the sewer authority. The due diligence period concluded on November 30, 2023, with the closing scheduled on or before June 2024. The dates for permit submittal and issuance are yet to be determined. This lot take down deal is for a total of 371 lots to be delivered to the homebuilder.

## WAKEFIELD (COLUMBIA, SC)

Since the last update, the request to split the site between the seller and Contender was completed. The construction team is currently addressing the wetlands on site and will serve letters. The dates for permit submission and approval are yet to be finalized. This lot take down deal is for a total of 872 lots to be delivered to the homebuilder.

## WEXFORD PARK (FOUNTAIN INN, SC)

Currently, the construction site is experiencing water retention, prompting a delay in grading until drier weather conditions prevail. Sewer work is slated to commence upon the arrival of the manhole. The pond construction in Phase 4 has been finalized, as well as the creek crossing in both Phases 3 and 4. Meanwhile, the specifics and cost analysis of the temporary lift station are under active development. The engineer is prepared to submit Phase 4 of the sewer plan for review. However, the manholes for Phase 3 sewer have encountered delays due to a plant shutdown, necessitating their reorder. This lot take down deal is for a total of 311 lots to be delivered to the homebuilder.

## WILLIS FOREMAN HOLDINGS, LLC (HEPHZIBAH, GA)

The construction team is currently focused on model and pricing review, as well as next steps regarding site development. As of now, this project is fully permitted. This lot take down deal is for a total of 299 lots to be delivered to the homebuilder.

## WOODLARK (GREENVILLE, SC)

The construction team remains engaged in exploring potential uses for the site, considering various options such as a residential community or a hotel. Discussions have taken place with Marriott regarding the possibility of a boutique hotel, and initial design plans are in progress. Assessment of the site will continue throughout Q2 as crews work towards finalizing plans.

# Real Estate Infrastructure Development

Here are some photos of the various sites. Please note that since a substantial amount of the infrastructure work is below ground, involving installation of utilities, the actual progress is difficult to recognize until actual roads are put in, which is the last part of the infrastructure process.










# Hotel Projects

BROADSTREET
GLOBAL FUND

## ASHEVILLE, NC-TOWNEPLACE SUITES ASHEVILLE WEST

The TownePlace Suites in Asheville, North Carolina has been open since April 2022. Performance is being reported regularly and the hotel has been operating successfully since its opening.

The hotel is working hard to retain its core business and received high ratings in cleanliness and staff service this quarter. It continues to be ranked 35th out of 493 other hotels that were rated in the region, and it earned a prestigious Gold Circle Award for excellence in hospitality last year.

The operations team noted several positive trends last quarter, one of them being that training at the front desk has seen marked improvement, particularly in collaboration with management to acquire company names. This has resulted in significant benefits to the revenue stream. Suite Shop sales and pet fees also increased last quarter, and the Executive Housekeeper, Inspector, and Manager have taken steps to optimize labor costs. Additionally, a new General Manager joined the team in the first quarter.

Several new corporate accounts were established last quarter, including large organizations such as Duke Energy and Tanger Outlets, among others. In addition, the hotel's property management team is proactively collaborating with charter bus companies to establish and strengthen business relationships.

The tourism and hospitality industry in Buncombe County continues to perform at or above average as compared to the rest of North Carolina. Demand is projected to outpace the expected supply increases over the next several years in Asheville, which would result in record high occupancy levels causing RevPAR to continue to grow faster than the national average. The anticipated increase in average daily rate in the market, coupled with the anticipated increase in demand through 2024 are just some of the reasons why we believe in the success of our Asheville property to continue to perform at expected occupancy and RevPAR levels.

Source:

https://www.marriott.com/hotels/travel/avlta-towneplace-suites-asheville-west/?scid=bb1a189a-fec3-4d19-a255 -54ba596febe2

## RALEIGH, NC-TOWNEPLACE SUITES

The TownePlace Suites in Raleigh, North Carolina is getting close to completion. We are currently in the final stages of obtaining approval from Marriott for all punchlist items before the hotel's opening. Simultaneously, we are addressing these last-minute work items to complete the remaining tasks.

# Hotel Projects

BROADSTREET GLOBAL FUND

Work on the hotel's exterior is 99% complete. The General Manager has also successfully hired staff, and started conducting cleaning throughout the hotel in order to get the hotel ready for opening, which is now projected for May 7th.

The hotel business is a very interest rate sensitive business. Although the lands have been acquired involving the majority of our various projects, some projects have been temporarily slowed down in order to better accommodate the interest rate environment. We firmly believe any delay that we might incur in the future or have incurred in the past, would be offset by the additional profits we could generate from more favorable financing opportunities. We remain positive with regards to our hotels and as we are actively following their progress. We believe that they are properly positioned with this interest rate environment as we try to intelligently contain our exposure to the high interest rates in the hospitality industry which presently exist. The new projected opening date is tentatively set for March 2024.

We expect Raleigh to continue to realize robust RevPAR growth in the future because of its strong economic base, continued popularity as a destination, rise in occupancy, rebounding travel, status as the state capital and strong interest in expanding Raleigh's successful convention center. As a market with limited supply and growing demand, many local participants and big hotel chains remain bullish on the long-term future of Raleigh. The city and its hotel market have grown substantially over the last several years as Raleigh has solidified itself as a major regional and national destination. Raleigh is one of the fastest growing cities in the southeastern United States and Wake County has historically enjoyed annual occupancy levels five to ten points higher than average for the state as a whole. These market conditions increase our belief in the success of our Raleigh property to reach expected occupancy and RevPAR levels when it opens.

## NORTH CHARLESTON, SC HOTEL-ELEMENT BY WESTIN

This project is 100% approved by Marriott and site work is underway. Marriott previously completed their 90% design review, which is a major step in getting the review process completed. In addition, civil and architecture work is still in progress.

Since the previous update, the loan closed and the team was able to break ground. Current work items include the installation of joists and trusses, along with utilities. We are pleased to report that the project continues to progress on schedule.

The hotel business is a very interest rate sensitive business. Although the lands have been acquired involving the majority of our various projects, some projects have been temporarily slowed down in order to better accommodate the interest rate environment.

# Hotel Projects

BROADSTREET GLOBAL FUND

We firmly believe any delay that we might incur in the future or have incurred in the past, would be offset by the additional profits we could generate from more favorable financing opportunities. We remain positive with regards to our hotels and as we are actively following their progress. We believe that they are properly positioned with this interest rate environment as we try to intelligently contain our exposure to the high interest rates in the hospitality industry which presently exist. We are happy to have revised our expected delivery date as reflected in the next sentence which now incorporates the new realities of construction in the present environment. The construction of the hotel is in progress.

## ORMOND BEACH, FL-RESIDENCE INN BY MARRIOTT

Since the previous update, our lender and Marriott agreed to the final terms needed to close the construction loan and work began shortly thereafter. This will be a 24 month build, with the hotel opening projected for Q4 2025.

We have made the decision for Marriott to manage this Residence Inn property for us upon opening. Marriott will also be managing our Residence Inn in North Myrtle Beach & our AC resort in Daytona Beach. We received Marriott's final LOI for managed services and it has been signed.

The hotel business is a very interest rate sensitive business. Although the lands have been acquired involving the majority of our various projects, some projects have been temporarily slowed down in order to better accommodate the interest rate environment. We firmly believe any delay that we might incur in the future or have incurred in the past, would be offset by the additional profits we could generate from more favorable financing opportunities. We remain positive with regards to our hotels and as we are actively following their progress. We believe that they are properly positioned with this interest rate environment as we try to intelligently contain our exposure to the high interest rates in the hospitality industry which presently exist.

Ormond Beach is a mid-sized market with 116 hotels representing a limited supply in a market with growing demand. The area saw 10.2 million visitors in 2018 and has recovered quickly in hotel metrics such as occupancy since the pandemic began. Volusia County hosted a record number of new visitors for a seventh consecutive record- setting year in 2019 and has continued to see growth since then.

Hotel markets in Ormond Beach are already operating with occupancy rates near pre-pandemic levels and seeing a rebound in demand. For perspective, April 2021's overall 73% occupancy rate nearly matched the 74% occupancy rate for pre-pandemic April 2019, according to figures from Mid- Florida Marketing & Research. Weekend occupancy rates have recently been reaching above 90% in Ormond Beach. The market conditions mentioned in this update increase our belief in the success of our Ormond Beach property to reach expected occupancy and RevPAR levels when it opens.

BROADSTREET GLOBAL FUND

# NORTH MYRTLE BEACH, SC-RESIDENCE INN BY MARRIOTT

The Residence Inn in Myrtle Beach, SC is proceeding on schedule as we progress with the redesign of the hotel. Full Marriott approval on the project from a design standpoint and final pricing from the preferred general contractor has been received. A full redesign of the hotel was decided on last October in order to adjust the location of the parking structure across the building and move the pool deck to the ground floor (oceanside), potentially saving ~$10M in the budget. The architecture contract has been signed for redesign of the building. The team has sent in a 60% submission to Marriott for approval. They are awaiting comments from Marriott and are also continuing to work with the City of N. Myrtle Beach for variances for parking and height. All projected dates are now tentative due to the redesign of the hotel.

Marriott will manage this Residence Inn property for us upon opening and will also be managing our Residence Inn in Ormond Beach & our AC resort in Daytona Beach. We received Marriott's final LOI for managed services and it has been signed.

The hotel business is a very interest rate sensitive business. Although the lands have been acquired involving the majority of our various projects, some projects have been temporarily slowed down in order to better accommodate the interest rate environment. We firmly believe any delay that we might incur in the future or have incurred in the past, would be offset by the additional profits we could generate from more favorable financing opportunities. We remain positive with regards to our hotels and as we are actively following their progress. We believe that they are properly positioned with this interest rate environment as we try to intelligently contain our exposure to the high interest rates in the hospitality industry which presently exist.

Myrtle Beach is a growing tourism hotspot because of its white sandy beaches, 90 world-class golf courses, campgrounds, family-friendly resorts, Broadway at the Beach, Myrtle Waves, one of the largest water parks on the eastern seaboard, the Carolina Opry, the Myrtle Beach Boardwalk, Myrtle Beach State Park, Hard Rock Park, more than 200 outlets and many other attractions.

Myrtle Beach is a mid-sized market with 430 hotels representing a limited supply in a market with growing demand. The area sees 20.4 million visitors per year, and it delivers $7 billion economic impact annually. For the third year in a row, the US Census Bureau ranked the Myrtle Beach area as the second fastest-growing met-ropolitan area in the country. Over the past eight years, more than 104,000 people moved to the Grand Strand, representing an almost 30% growth rate.

# Hotel Projects

BROADSTREET GLOBAL FUND

Myrtle Beach tourism has had several years of record growth prior to the pandemic and is forecasted to grow strong due to domestic travel demand and a U.S. economic recovery. The area has experienced many consecutive weeks of upward- trending occupancy. Hotel markets in Myrtle Beach are already operating with occupancy rates near pre- pandemic levels and seeing a rebound in demand. Weekend occupancy rates have recently been reaching above 83% in Myrtle Beach. The Myrtle Beach hotel market strength increases our belief in the success of our property to reach expected occupancy and RevPAR levels when it opens.

## DAYTONA BEACH, FL HOTEL-AC RESORT BY MARRIOTT

We are finalizing cost saving measures and working towards submitting a 90% design for Marriott. The second city council meeting was a success and we received full approval for our variance. The general contractor and architects are working through ways to decrease the amount of concrete needed in the building in order to lower expected construction costs. Design is moving along as scheduled, with a projected opening in 2026.

We have chosen Marriott to manage our Residence Inn in North Myrtle and Ormond Beach along with this hotel, The AC Marriott Resort in Daytona Beach. We received Marriott's final LOI for managed services and it has been signed.

The hotel business is a very interest rate sensitive business. Although the lands have been acquired involving the majority of our various projects, some projects have been temporarily slowed down in order to better accommodate the interest rate environment. We firmly believe any delay that we might incur in the future or have incurred in the past, would be offset by the additional profits we could generate from more favorable financing opportunities. We remain positive with regards to our hotels and as we are actively following their progress. We believe that they are properly positioned with this interest rate environment as we try to intelligently contain our exposure to the high interest rates in the hospitality industry which presently exist.

We are very excited about completing the initial stages of this project and our hotel will be the first AC Marriott resort in the United States once completed. The projected opening of this hotel is 2026.

# Merchant Cash Advance

BROADSTREET GLOBAL FUND

A merchant cash advance is not a business loan and should be considered a cash advance based on the credit card sales deposited in a business's merchant account. The funding provider gets paid back by taking a portion of the business's future credit card sales daily or weekly. The merchant cash advance provider automatically deducts a percentage of your credit or debit card sales until the agreed-upon amount has been repaid in full. Interest rates on merchant cash advances are determined by a factor rate, essentially a multiplier of the principal advance. For example, if a business is approved for $100,000 with a factor rate of 1.5, the total amount to repay would be $150,000 ($100,000 x 1.5). MCA businesses have experienced enormous annual growth rates in recent years because a business that uses a merchant cash advance will typically pay back 20% – 40% or more of the amount borrowed. The merchant cash advance business provides quick funding options and instant approvals which in turn leads to enormous demand from borrowers in the market.

Broadstreet's sub-fund for merchant cash advance seeks to provide positive returns by advancing money to small businesses in a variety of industries and then receiving a percentage of daily, weekly, or monthly collections from those businesses which generally have difficulty qualifying for conventional bank financing. Our sub-fund offers much higher income returns than can be traditionally received in the present interest rate environment in addition to flexible terms. The portfolios in the industry that the fund invests in continue to generate above market returns in this environment and have not had material regulatory, administrative or litigation issues. These portfolios have now been operating for multiple years with millions in outstanding receivables and generating consistent returns.

While small businesses make up 99.9% of all U.S. businesses and employ 47.1% of the country's workforce, their finances can be incredibly fragile — fluctuating sales and high expenses make it hard to save — and the Covid-19 pandemic truly showed us how vulnerable the nation's small businesses are. Businesses across the country are emerging from beneath the weight of the lingering Covid-19 pandemic with new and constantly changing needs— and startlingly few financing options rising up to meet them. Traditional bank lending, lines of credit and other resources are falling short, and MCA is serving that widening gap of businesses in need of immediate funding.

Many new entrants are seeing the profit margins in MCA and joining a long list of businesses that are seeing high success rates that includes digital behemoths like PayPal, Square, Shopify, Stripe, Amazon, and others. Restaurant delivery platform DoorDash announced last year that it is getting into the merchant cash advance business with the launch of DoorDash Capital, designed to provide financing and business working capital to restaurants participating in the DoorDash platform.

# Merchant Cash Advance

BROADSTREET GLOBAL FUND

DoorDash has partnered with fintech B2B lender Parafin to pre-qualify DoorDash restaurants for an advance amount based on the restaurant's daily sales with DoorDash. DoorDash Capital joins similar products by restaurant software company Toast Inc. and payment processing firms PayPal Holdings Inc., Stripe Inc., and Block Inc.

The MCA industry is growing quickly in terms of size, revenue, transactions, and competition. The global merchant cash advance market size is expected to reach close to $26.3 billion by 2029 with a CAGR of 15.5%. Last year alone, MCA lenders funded an estimated $19 billion to small businesses, a substantial increase to the total industry funded amount of $8 billion five years ago. In recent years, the merchant cash advance industry grew at a steady rate and with the rising adoption of strategies by key players, the market is expected to expand well into the future. The advantages provided by the adoption of MCA systems such as high renewal rate, high commissions, attractive returns, no late fees if business sales slow are expected to elevate the demand for the MCA industry in future years. There are numerous benefits to investing in this space which is quickly becoming a staple of the alternative credit industry.

Broadstreet recognizes the industry risk, however, the returns charged are so much higher than conventional returns, the growth of the business continues to be significant. We believe that the above market returns can continue into the future and that this is an area of finance worth pursuing as an investor. Increased profits, growing demand, consistent growth in the industry for the last ten years and a high factor rate for borrowers are all reasons why the industry should continue to have success.

# Merchant Cash Advance

BROADSTREET
GLOBAL FUND

Here are some performance metrics from a merchant cash advance company for which Broadstreet provides funding for:




The average deal size in Q1 2024 was $85,537.41, increasing from $81,061.20 in Q4 2023.




The average deal duration was approximately 10 months for Q1 2024.

# Merchant Cash Advance

BROADSTREET
GLOBAL FUND




The average factor rate for Q1 2024 was 1.37 which is a 37% return, assuming 12-month duration on a deal. Our deals typically have a shorter duration and thereby a higher annual percentage rate thus allowing us to pay above market returns to investors.

# Fixed Income

BROADSTREET
GLOBAL FUND

Broadstreet's fixed income product is comprised of equity and debt securities that represent pools of mortgages guaranteed by government agencies like the Federal Housing Admin (FHA), the Federal National Mortgage Association (FNMA) as well as equity, debt, notes, products, and bonds of both public and private companies involved in similar investments. Our portfolio has produced above market returns since inception and continues to pay our investors a fixed return of 7% annually.

Bond markets experienced a slight drop in the first quarter, as investors lowered expectations for interest rate cuts. Meanwhile, equity markets continued to rise. The Federal Reserve announced in March that it would hold interest rates steady for the fifth consecutive meeting, with a targeted range between 5.25%-5.5%. Committee members indicated that potential cuts could be on the table this summer, but experts question whether interest rates will be lowered at all in 2024.

During the first quarter, data continued to support views that the Federal Reserve (Fed) was at the end of its nearly two-year campaign to control inflation through interest rate hikes. It also suggested that economic growth has been progressing consistently, and although inflation remains elevated, it has started to recede. Despite these favorable trends, the committee expressed a desire to see further positive developments before taking measures to reduce rates.

Additional studies indicated that inflation will remain the same in the near future, but rise for the medium and long term. Meanwhile, expectations for earnings and household income growth remained stable, though there was a slight uptick in spending growth expectations. There was an overall increase in the perceived likelihood of both voluntary and involuntary job separations, coupled with a decrease in the confidence of finding a new job after a loss. Sentiments regarding credit access became less positive as well.

The investment vehicles which hold mortgage-backed securities, like the ones we are invested in, have the potential to capitalize on inflation and significantly outperform, because they are able to raise rents and benefit from rising property values. They are also poised to see an increase in their dividends because rising rates lead to rising dividend yields in these types of securities.

Sources:

https://www.adroitmarketresearch.com/industry-reports/merchant-cash-advance-market,

https://businessdebtlawgroup.com/state-of-merchant-cash- advance-during-coronavirus-pandemic/,

https://www.cnbc.com/2023/06/14/fed-rate-decision-june-2023.html,

https://www.breckinridge.com/insights/details/ june-2023-market-commentary/,

https://www.redfin.com/state/South-Carolina/housing-market, https://www.houzeo.com/blog/south-carolina-real-estate-market/ https://www.realtor.com/research/july-2023-data/

# Custom Home Building

BROADSTREET GLOBAL FUND

In 2022, we presented numerous investment opportunities in homebuilding to our investors. These encompassed a range of projects across South Carolina. The initial offering consisted of 8 single-family homes situated in the Garden Gate development in Traveler's Rest. Following this, we introduced a townhome community, Squires Pointe, comprising 20 units in Duncan, SC. The third opportunity involved 22 home sites within the Weatherstone development in Simpsonville, SC. Lastly, we unveiled an investment opportunity for 32 homes in The Cottages at Turtle Creek community in Boiling Springs, SC. Each home is projected to undergo an 8-month construction period. Ground has already been broken on all four of these developments, and updates on their progress are provided below.

Throughout 2022 and 2023, Durham Homes secured contracts for several new developments. In addition to the four projects presented to investors, we are poised to commence construction this year or have already initiated work on various upcoming communities. These include Buckthorn Ridge, featuring 177 homes in Boiling Springs, Alder Creek, comprising 45 townhomes in Greenville, The Haven, introducing 42 townhomes in Simpsonville, and River Crest, offering 20 homes in Five Forks.

Over the past decade, the City of Greenville has experienced a remarkable growth rate exceeding 16% and attracting nearly 5.5 million visitors annually. From July 2022 to June 2023 alone, approximately seven million individuals visited Greenville, contributing $1.5 billion to the local economy through expenditures in hotels, restaurants, shops, and other establishments. Greenville offers residents and businesses the allure of urban amenities without the drawbacks of congestion commonly associated with larger metropolitan areas. The ongoing revitalization of its downtown district, burgeoning culinary scene, and expanding job market are reshaping Greenville into a vibrant and diverse community renowned for its exceptional quality of life.

As Greenville has expanded, so too have its home prices, reflecting the city's growing appeal. Recognized by esteemed publications and organizations such as CNN, Money, The Wall Street Journal, The New York Times, the U.S. Census Bureau, and Yahoo, Greenville consistently ranks among the top ten fastest-growing cities and most desirable places to live in the United States. Additionally, Falls Park on the Reedy has earned acclaim as the second-best city park in America, according to USA Today.

The National Association of Realtors is projecting a 19% surge in new home sales nationally for 2024, asserting that interest rates have likely reached their peak. The Greenville market closed 2023 on a strong note with a slight uptick in new listings & with prediction of rate cuts anticipated in 2024 by the NAR in this forecast, this development could potentially inspire homeowners in Greenville and beyond to list their homes, fostering increased buying activity.

# Housing Market Overview

BROADSTREET
GLOBAL FUND

Durham Homes observes that the housing market in the South Carolina Upstate continues to exhibit stability, with inventories falling short of demand, indicating a seller's market. The builder anticipates an uptick in home sales during the spring season, while historically, winter tends to be slower.

The builder has opted for a build-to-order approach, reducing the creation of speculative homes and instead providing each housing development with a furnished model for pre-sale purposes. This strategic decision, akin to practices employed by builders like Ryan Homes, preserves capital and enables construction to commence upon receipt of orders and permits. This cautious approach mitigates risks associated with potential sales fluctuations due to high interest rates, minimizing capital expenditure.

During the initial half of 2023, the housing market in South Carolina sustained its robustness, fueled by elevated demand, constrained inventory, and persistent price escalation. According to the most recent data from Zillow, home prices in South Carolina experienced a 2.9% increase in December 2023 compared to the previous year. At that time, the state boasted an inventory of 24,699 homes for sale. The scarcity of available properties, coupled with heightened demand, has bolstered housing prices across the Southeast region.

As of December 2023, the median sales price for new homes reached $413,200, emphasizing the ongoing trend of elevated home prices nationwide. This trend is fueled by factors such as limited housing supply and robust demand. The conclusion of 2023 witnessed a strong performance in new single-family home sales, with a seasonally-adjusted total of 664,000 new homes sold in December, according to data from the U.S. Census Bureau. This figure reflects an 8% increase from the revised November rate of 615,000 and a 4.4% rise compared to December 2022, which saw an estimate of 636,000. As interest rates are anticipated to decline in 2024, this could potentially bolster buyer confidence amidst the ongoing inventory shortage, potentially exerting upward pressure on prices.

Due to the current higher interest rate environment, which has led many potential home buyers to postpone their purchases in anticipation of lower rates, we are adopting cautious measures to prepare for a potential slowdown in the housing market. While we maintain our construction activities, we are doing so prudently, anticipating a moderation in market price points. To mitigate the impact of decreased sales volume, which has fallen below our initial projections, we are implementing strategies such as negotiating lower mortgage rates for clients in specific circumstances. Nevertheless, we remain optimistic about the demographics of the Carolinas, which continue to be strong, and certain sectors within the housing market show strong growth, with some national home builders consistently surpassing Wall Street expectations. Our outlook remains positive for the Carolina housing market.

# Housing Market Overview

BROADSTREET GLOBAL FUND

The Federal Reserve has recently signaled a potential inclination to lower interest rates in the near future, possibly even within this year. However, as of the date of this report, no rate cuts have been implemented. Therefore, we continue to analyze our data within the context of a higher interest rate environment.

Sources:

https://www.redfin.com/city/7891/SC/Greenville/housing-market, https://www.realtor.com/realestateandhomes-search/Greenville_SC/overview, https://www.greatergreenvilleareahomes.com/greenville-real-estate-market-statistics/

# Homebuilding Opportunities

BROADSTREET
GLOBAL FUND

## GARDENS GATE

This homebuilding opportunity is for the construction and sale of 8 single-family homes in Travelers Rest, SC. We broke ground on this community in June 2022 and each home takes approximately 8 months to build. The model home is finished, and open houses are underway. 1 spec home is past framing and is currently in the interior trim stage. The other 6 remaining lots are on hold awaiting pre-sale opportunities. Gardens Gate is seeing more and more traffic and inquiries as of late. As a result of the builder pursuing a build to order model wherein fewer spec homes will be created, the estimated completion date of our communities has been revised to reflect this new strategy. This allows us to act in a conservative manner in the event high interest rates affect sales by reducing capital outlay. The estimated completion date of this community has been postponed until market conditions are more favorable. Traveler's Rest is one of the fastest growing cities in South Carolina. Travelers Rest's population grew by 70% to 7,788 from 2010 to 2020.

## SQUIRES POINTE

Squires Pointe is a project consisting of the construction and sale of 20 townhomes in Duncan, SC. This project is for 5 buildings equaling 20 homes in total, two of which were sold pre-construction. There are five different types of home plans included in this development ranging from 2196 sq. ft to 2590 sq. ft and they are all three-bedroom products. All 20 townhomes are now complete, and construction is finished. As of last month, 6 of these units had been sold, with the latest sale expected to close in May. Currently, 14 units remain. We have instituted a special rate program and we have several interested prospects.

Located off South Carolina Highway 290 in growing Duncan, South Carolina, Squires Pointe is perfectly placed between the cities of Greenville and Spartanburg. It's ideally located for commuters, being less than half a mile from I-85 and nearby shopping, and less than 10 minutes from GSP International Airport. The real estate market is experiencing increased commercial development, property appreciation and fast growth in the area where this project is taking place. In April 2022, the median listing home price in Duncan, SC was $327K, trending up 38.9% year-over-year. We have experienced sell-out prior to completion in all of our prior subdivisions and expect the same results from Squires Pointe.

# Homebuilding Opportunities

BROADSTREET GLOBAL FUND

## WEATHERSTONE

Weatherstone is an up-and-coming community in which we are building 22 single-family home sites located in Simpsonville, SC. Weatherstone is just 5 minutes from downtown Simpsonville & 20 minutes from downtown Greenville. Durham finished curbing and paving roads in the development in April. More than 50% of the units have now sold & vertical construction has begun as Greenville County has approved the final plat. A total of 4 foundations have been completed and framing has been started on 2 homes. One sale is currently under contract with an expected close in December, as constructions on this home has not yet started. The builder expects the rest of the homes to be sold by late 2024.

As a result of the builder pursuing a build to order model wherein fewer spec homes will be created, the estimated completion date of our communities has been revised to reflect this new strategy. This allows us to act in a conservative manner in the event high interest rates affect sales by reducing capital outlay. This project is scheduled to be completed by Spring 2024. Simpsonville is located on the Eastern side of Greenville and is between Greenville and Spartanburg. The Simpsonville area is considered one of the fastest growing sub-markets of Greenville, SC and is expected to grow over 10% by 2025.

## TURTLE CREEK

The Cottages at Turtle Creek is a future development in Boiling Springs, SC. The community is centrally located between highways 6 and I85, north of Spartanburg. This project was originally for 32 homes, but 4 additional homes were added. Durham began construction on the subdivision in April 2023. We recently sold another home in this development which closed in November, and construction began this April. There are 7 homes that are over 60% finished that are on hold until sale and 5 more are under construction with foundations done. We have initiated a special rate program and are currently in talks with multiple interested prospects. As a result of the builder pursuing a build to order model wherein fewer spec homes will be created, the estimated completion date of our communities has been revised to reflect this new strategy. This allows us to act in a conservative manner in the event high interest rates affect sales by reducing capital outlay. We have adjusted the estimated completion of all 36 homes to be the end of 2024 from spring of 2024. Boiling Springs home values have gone up 25% over the past year and 68.6% in the last 4 years. Boiling Springs' growth rate rivals that of burgeoning Greenville County towns like Greer and Simpsonville, which have grown 29 and 31 percent, respectively, over the past decade.

# Homebuilding Opportunities

BROADSTREET GLOBAL FUND

Here are some photos of finished homes and homes currently under construction from this joint venture:









# Crystal Lagoons

BROADSTREET GLOBAL FUND

Crystal Lagoons® concept and technology, patented worldwide is one in which the ultimate goal is to create idyllic beaches with lagoons of crystalline water and excellent quality, in previously unimaginable places. Crystal Lagoons changes the landscape by creating a breathtaking turquoise water destination that can be enjoyed all year round. During recent years, Crystal Lagoons has experienced a dramatic increase in the demand for its concept and technology, and today the company's IP valuation exceeds $4.1 billion dollars. Crystal Lagoons is quickly becoming one of the world's top amenities with hundreds of new locations opening worldwide this year.

Broadstreet has secured the exclusive rights to Crystal Lagoons for the entire state of South Carolina. We have identified a site location in Columbia, South Carolina for our first Lagoon project. The land is already pre-approved for commercial construction and thereby zoning is already secured. DR Horton is proposing to build approximately 1,400 homes adjacent to the Crystal Lagoon.

Since the last update, the construction team established a work schedule and mapped out the submission of architectural and design permits. The engineering firm received comprehensive information about building phases, leading to the realization that bidding out the project could potentially delay it by three months. To expedite the process, the team has decided to forego this option.

The block design is being finalized for each building to incorporate necessary staffing space. Additionally, the design team met with ProSlide to assess their revised plans for the water park expansion. Feedback was provided, and a subsequent meeting has been scheduled for next week.

The team also discussed the permit process with Richland County, and they agreed to dedicate a single reviewer to the entire permit set. This will allow phased volumes for permitting so that mass grading can take place first, followed by individual building permits. This approach ensures the project schedule remains on course. Discussions were also conducted with DHEC (Department of Health and Environmental Control) to clarify their initial feedback on the permit that was submitted. We anticipate sending a revised plan to them by the end of April.

We also thoroughly examined a preliminary marketing presentation and provided feedback to the creative team. Currently, we are awaiting a second round of materials.

# Auto Dealerships

BROADSTREET GLOBAL FUND

Broadstreet is pleased to present the opportunity to invest in our Brannen Ford Auto Dealership in Unadilla, Georgia. Investors will have the ability to participate in 25% of the profits generated from this dealership. The Unadilla operation differs from traditional dealership business models. This subseries is devoted to automobile fleet sales/police cruiser business as the primary revenue and profit generator and the rights to participate in the profits generated from Brannen Ford.

The investment opportunity is forecasted to generate a 16.67% annual return, paid in quarterly installments based on the present pace of profits and the present value being paid for the dealership. The dealership is estimated to earn $10 million in profits this year and increase from the $4 million in profits earned the prior year and hence a projected 2.5X increase based on the present pace of profits from the performance of the first quarter of 2023.

Since our last update, we've consulted with the general contractor to obtain cost estimates for the construction and development of a new structure. The final estimate has been determined to be $2.7 million. We're currently scrutinizing the itemized breakdown to identify any potential cost reductions, which we finalized at the end of March.

In other news, our ranking in government sales with Ford has seen a significant improvement, as we've climbed to the 17th position nationwide, up by 5 spots from the previous year. As one of the top 25 dealers in the country, we've been invited to attend a meeting at Ford headquarters in Detroit in May.

This month marks the resumption of receiving police vehicles after a challenging three-month hiatus without any new inventory for sale. We anticipate a robust fleet month ahead, with approximately 140 units available and promising profit margins. Retail sales have shown significant improvement in recent weeks. Moreover, our service and parts departments have achieved commendable numbers. Looking ahead, we expect fleet sales to further escalate over the next several months as we receive additional shipments, with many units already sold before their arrival.

# Self-Storage

BROADSTREET
GLOBAL FUND

This is an investment in a subseries dedicated to self-storage facilities with the business objective to be locating the facilities near our infrastructure projects based on the belief that our infrastructure projects will create housing and population centers that will need a self-storage component. Over the past few years, the self-storage industry has experienced remarkable growth, driven by factors such as population expansion, urbanization, and evolving consumer lifestyles. As of March 2024, we have six self-storage facilities projects underway with updates for those projects below. We have selected only locations in high foot traffic areas where we are projecting occupancies and returns that are in line with the projections for the first self-storage project.

Public Storage has been chosen as the manager for all of our current deals as well as our planned future projects. Public Storage is the largest self-storage brand in the US. With thousands of locations across the U.S. and Europe, and more than 170 million net rentable square feet of real estate, they're also one of the largest landlords in the U.S.

Each self-storage facility deal in the subseries is projected to cost from $10 million to $15 million, of which approximately $3 - $5 million per deal is expected to be the cash needed for each deal outside of debt. Investors will receive a 10% annual return paid quarterly until projects are profitable and can sustain the 10% return based on positive cash flows generated from the self-storage facilities. Thereafter profits distributed based on investor percentage ownership in the subseries. Periodically we expect to add the number of deals in this sector so long as additional deals will allow us to achieve our expected target rate return. However, such target rate and additional projects are based on our best estimates. Total annualized return to investors is estimated to be 30%.

## MAULDIN RD PROJECT (GREENVILLE COUNTY)

This storage facility comprises 640 units and spans 79,200 gross square feet. It will feature a single three-story building fully equipped with climate control, covering an area of 59,411 NRSF (Net Rentable Square Feet). We have received approval from Public Storage and final contract negotiations are underway with a general contractor. Upon signing of the contract, a building permit application will be submitted. The construction loan for this project is already in place, and work is currently anticipated to start July 1, 2024.

## BUNCOMBE RD PROJECT (GREER, SC)

This three story, climate controlled self-storage facility is comprised of 661 units, totaling 69,200 NRSF (Net Rentable Square Feet), and spans 91,143 gross square feet. Public Storage has granted approval for this site and the land was closed on in February. Full architectural and civil drawings are now complete, and a contract is being drafted for the general contractor. Once received, building permits will be submitted immediately. Construction is expected to commence on June 17, 2024.

# Self-Storage

BROADSTREET GLOBAL FUND

## HWY 290 PROJECT (DUNCAN, SC)

This self-storage facility is a four-story structure equipped with climate control. It encompasses 952 units, totaling 101,650 NRSF (Net Rentable Square Feet), and spans 132,000 gross square feet. Approval for this site has been granted by Public Storage, and we will close on the land May 17, 2024. The site work permit has been approved and all plans are complete. We anticipate breaking ground on July 1, 2024.

## MAIN STREET PROJECT (FOUNTAIN INN, SC)

This three-story, climate-controlled storage facility covers 90,000 gross square feet and is projected to accommodate 675 units. The site plan has been completed, and we are presently awaiting project approval from Public Storage. Additionally, we are in the process of rezoning with the City of Fountain Inn. We've updated the retail parcel situated on Main Street and have submitted it to the city for evaluation.

## EDGEFIELD RD PROJECT (AUGUSTA, SC)

This three-story storage facility spans 90,000 gross square feet, offers climate-controlled features, and is projected to house 660 units. The site plan has been finalized, and Public Storage has given preliminary approval. We are currently awaiting a modified unit mix to send to Public Storage. All due diligence has been completed.

## OLD DOWD RD PROJECT (CHARLOTTE, NC)

This three-story storage facility, equipped with climate control, has received approval from Public Storage. Spanning 92,250 gross square feet, it is expected to house around 626 units. Since the last update, the site plan has been forwarded to the city, and we are currently examining the feedback received. All necessary due diligence for this project has been finalized.

# Prospective Self-Storage Sites

BROADSTREET GLOBAL FUND

## TOWNE CROSS STREET (SALISBURY, NC)

This will be a multi-level, climate controlled self-storage facility managed by Public Storage. The PSA (Preliminary Site Approval) has been sent, and we've received comments that are currently being addressed.

## N. CHERRY ROAD (WINSTON-SALEM, NC)

This will be a multi-level, climate controlled self-storage facility managed by Public Storage. The LOI (Letter of Intent ) has undergone renegotiation, and we are anticipating acceptance.

## BACKMAN AVENUE (LEXINGTON, SC)

This will be a multi-level, climate controlled self-storage facility managed by Public Storage. The PSA (Preliminary Site Approval) has been sent, and we are expecting a response shortly.

## BRIDGEPORT, CT

This will be a multi-level, climate controlled self-storage facility managed by Public Storage. We are currently exploring the market and assessing a permit-ready site for underwriting.

## HAVELOCK, NC

This will be a multi-level, climate controlled self-storage facility managed by Public Storage. We are in the process of examining the market and awaiting feedback from Public Storage.

# Self-Storage

BROADSTREET
GLOBAL FUND

Here are some photos of our current self-storage facilities currently under construction:














# Crypto Mining

BROADSTREET GLOBAL FUND

## BITCOIN MINING

With BTC price rising and transaction fees remaining elevated, Bitcoin miner revenue hit a new all-time-high in March, surpassing $76M in a single day. Naturally, the introduction of spot Bitcoin ETFs raised mining revenues across the board, boosting the value of the protocol-mandated 6.25 BTC block reward. Still, the Bitcoin Halving looms ahead, and miners inevitably face a 50% reduction in top-line BTC earnings. Bitcoin began the year at $42K and closed the first quarter at nearly $72K, marking a robust 70% increase. BTC surpassed the November 2021 all-time high for the first time on March 5th, reaching a as high as $73,800 on March 14th. On a monthly basis, Bitcoin has witnessed a price increase for seven consecutive months, matching the 2012 record for the longest streak of consecutive green months. We continue to pursue our crypto model and do believe that we can generate substantial profits in the future especially as we take advantage of lower average costs on energy and miners. We expect the market to continue to improve and thus we expect to continue our goal of generating above market returns.

## ALTCOIN MINING

Our primary focus is currently on expanding our operations for our Altcoin Mining business. To this end, we're actively pursuing the acquisition of more mining machines and securing more space for mining. With operations spread across the Carolinas, we currently oversee more than six strategically located facilities. These sites benefit from abundant, cost-effective electricity, ensuring efficient operations and competitive cost effectiveness. By leveraging a dual-mining strategy, we further enhance profitability, achieving returns 30% higher than traditional methods. As of this report, we stand as one of the largest Altcoin miners worldwide. Moreover, we anticipate substantial growth in 2024, as our business continues running smoothly and is on track to double this year. The Manager has targeted a 28% annual return (the “Targeted Annual Payment”) to be paid in quarterly installments to investors. Based on prevailing crypto mining market conditions and the consistent returns observed within the industry, the Manager is confident in achieving this performance threshold.

# Pre-IPO Highlights

BROADSTREET GLOBAL FUND

## AIRBNB

In the first quarter, Airbnb anticipated revenue ranging from $2.03 to $2.07 billion, a year-over-year increase of 12-14%. The short-term property rental company announced that it attributed this revenue boost to strong trends in international travel and extended booking durations, which are expected to continue throughout 2024. Meanwhile, domestic travel demand in North America was predicted to stabilize. The company's CFO, David Stephenson, recently emphasized the importance of investing in expansion countries with low market penetration, noting that this strategy would likely fuel growth throughout the year. The company currently reports over 5 million hosts with 7.7 million active listings.

## BUTTERFLY NETWORK

Butterfly Network, Inc., a digital health company established in 2011, has transformed medical imaging through the creation of Butterfly iQ– the world's first portable, semiconductor-based ultrasound technology with intuitive software. Their mission is to make high-quality ultrasound accessible, affordable, and easy to use worldwide, bridging the gap for the 4.7 billion individuals lacking access to such technology. Continuously innovating, the company launched its second generation, Butterfly iQ+, in 2020, followed by the third generation, iQ3, in 2024, both featuring boosted processing power and performance enhancements. Leveraging their proprietary Ultrasound-on-Chip™ technology, advanced software, and educational resources, Butterfly is driving mass adoption of ultrasound for early detection and remote health management worldwide. Butterfly devices are commercially accessible to trained healthcare practitioners across various regions, including parts of Africa, Asia, Australia, Europe, the Middle East, North America, and South America.

## PALANTIR

Palantir Technologies experienced an impressive surge of nearly 20% in its share prices during the first quarter, along with robust revenue growth in the last quarter of 2023 that was driven by heightened demand for its AI solutions. The company's commercial segment saw a notable increase, with revenue climbing 32% year-over-year to $284 million in the fourth quarter. This strong performance contributed to Palantir surpassing overall revenue expectations, reaching $608 million. Despite concerns about a potential slowdown in its largest segment serving the U.S. government due to uncertainties surrounding contract timelines, the heightened demand for the company's AI platform helped mitigate these worries.

# Pre-IPO Highlights

BROADSTREET GLOBAL FUND

## SPACEX

SpaceX, Elon Musk's privately-owned company, specializes in space launch services and has previously secured funding from both NASA and the United States Department of Defense. While SpaceX is not presently disclosing plans to go public, reports suggest that it is contemplating selling employee stock shares, potentially raising its valuation to $150 billion. Reportedly, SpaceX is also considering launching an IPO for its Starlink internet satellite venture in 2024. According to SpaceX's estimates, Starlink has the potential to generate up to $10 billion in revenue in the coming year.

## UBER

Uber projected its gross bookings for the first quarter of 2024 to range from $37 billion to $38.5 billion. Additionally, the company expects adjusted EBITDA to range between $1.26 billion and $1.34 billion, which meets analysts' expectations of $1.26 billion. In the fourth quarter, Uber saw a significant increase in monthly active platform consumers, reaching 150 million, marking a 15% year-over-year growth from 131 million. Moreover, the platform recorded 2.6 billion completed trips during the period, representing a 24% year-over-year increase.

Sources:

https://www.reuters.com/business/airbnb-sees-q1-revenue-above-street-estimates-strong-international-travel-2024-02-13/; https://www.businesswire.com/news/home/20240108891905/en/Butterfly-Network-Announces-FDA-Clearance-of-its-Next-Generation-Handheld-Ultrasound-System-Butterfly-iQ3; https://www.reuters.com/technology/palantir-shares-soar-wall-st-cheers-revenue-boost-ai-push-2024-02-06/; https://www.businessinsider.com/spacex-stock; https://www.cnbc.com/2024/02/07/uber-earnings-q4-2023-.html

# Other Updates

BROADSTREET
GLOBAL FUND

## QUALIFIED SMALL BUSINESS STOCK

There have been a number of proposals to change the tax code relating to qualified small business stock but nothing definitive. Any proposals we have seen are to moderately adjust the tax benefits but there are still substantial tax savings even if the proposals were to be adopted. We will keep you posted if we learn of any changes.

## OUTPARCEL LAND TRANSACTIONS

Broadstreet is involved in various aspects of the real estate industry, including infrastructure development. One of the advantages of being involved in infrastructure development is that Broadstreet is able to identify where major homebuilders are focusing their efforts as well where major projects are expected to be located which gives a unique perspective as to where the next major increase in land prices is expected to occur.

Broadstreet released a new investment opportunity in Land Banking to investors in November. The investment opportunity is for the ability to participate in the profits generated from acquiring 154.18 identified acres in Columbia, South Carolina.

In Columbia, Broadstreet is aware of at least two major projects, a DR Horton planned housing development with an expectation of more than 1,000 homes to be built and a Crystal Lagoons manmade lagoon which is expected to act as a major attraction for entertainment, recreation and traffic. Broadstreet is a financial participant in both of those described projects. As a result, Broadstreet believes that this land should substantially benefit from the adjacent development in that there is expected to be a significant increase in demand for commercial projects such as fast-food restaurants, supermarkets, strip centers and the traditional development one would expect when an area becomes inundated with substantial population, such as high-density housing.

The intent of the project is to obtain all of the proper zoning and improvements including infrastructure and utilities so that the land can be sold at a significant profit for future commercial and/or high-density residential development.

**As we continue to grow rapidly, there is a time lag between the number of projects that we have and the date of this report. Project numbers, progress and the business are constantly changing due to the scale of our size.**

# Disclaimer

THE DATA SHOWN IN THIS REPORT INCLUDES PAST PERFORMANCE OF PASSIVE EQUITY INVESTMENTS MADE BY AFFILIATES OF THE MANAGER IN OTHER COMPANIES WHOSE BUSINESS IS IN THE SAME INDUSTRIES WHICH THE FUND MAY INVEST IN. THIS INFORMATION IS PRESENTED FOR ILLUSTRATIVE PURPOSES TO SHOW HOW THE MANAGER IS LOOKING TO MAKE INVESTMENTS IN THESE INDUSTRIESONLY AND IS NOT INTENDED TO REPRESENT ANY INDICATION OF HOW AN INVESTMENT OF THE FUND MAY PERFORM IN THE FUTURE GIVEN THE STRUCTURE OF A PROPOSED INVESTMENT BY THE FUND MAY BE DIFFERENT THAN THE STRUCTURE OF THE PRIOR INVESTMENTS MADE BY AFFILIATES OF THE MANAGER. NEITHER THE MANAGER NOR ITS AFFILIATES WERE INVOLVED IN THE MANAGEMENT OF THESE HISTORICAL INVESTMENTS AND ANY FUTURE INVESTMENT BY THE FUND MAY NOT BE OPERATED IN THE SAME MANNER AS THESE PRIOR INVESTMENTS. CURRENT PERFORMANCE OF ANY INVESTMENT MADE BY THE FUND MAY BE LOWER OR HIGHER THAN THE PERFORMANCE OF ANY PRIOR INVESTMENT MADE BY AFFILIATES OF THE MANAGER. HISTORICAL OPERATING AND FINANCIAL INFORMATION OF INVESTMENTS MADE BY AFFILIATES OF THE MANAGER, INCLUDING HISTORICAL FINANCIAL STATEMENTS, PERFORMANCE, OR RESULTS, CONTAINED IN THIS PRESENTATION IS BASED UPON CERTAIN EVENTSAND MARKET CONDITIONS OVER WHICH WE MAY HAVE LITTLE OR NO CONTROL AND WHICH MAY NOT BE IN EFFECT AT THE TIME AND/OR FOR THE DURATION OF ANY PROPOSED INVESTMENT MADE BY THE FUND. SUCH INFORMATION HAS NOT BEEN AUDITED, REVIEWED, EVALUATED,OR PASSEDUPON BY ANYINDEPENDENT ACCOUNTANT, ANALYST, CONSULTANT, OR OTHER EXPERT, INCLUDING, WITHOUT LIMITATION, OUR INDEPENDENT AUDITORS. ACCORDINGLY, THEY EXPRESS NO OPINION OR ANY FORM OF ASSURANCE WITH RESPECT THERETO.

IN ADDITION, ANY PRIOR INVESTMENT MADE BY AFFILIATES OF THE MANAGER DID NOT INCLUDE THE DEDUCTION OF ANYINVESTMENT ADVISORY FEESANDHISTORICAL FINANCIAL STATEMENTSWERE NOT REDUCED BY ADVISORY FEES AND OTHER EXPENSESWHICH WOULD BE PAYABLE IN CONNECTIONWITH ANY INVESTMENT WHICHWOULD BE MADE BY THE FUND. ANY SUCH DEDUCTION OF FEES OR EXPENSES WOULD AFFECT AND IMPACT THE FINANCIALS INCLUDED ELSEWHERE IN THE PRESENTATION. A DISCUSSION OF THE FEES AND EXPENSES PAYABLE TO THE MANAGER ARE DESCRIBED IN THE OFFERING MATERIALS, INCLUDING THE PRIVATE PLACEMENT MEMORANDUM PROVIDED TO PROSPECTIVE INVESTORS IN CONNECTION WITH THEIR PROPOSED INVESTMENT IN THE FUND.

# Disclaimer

BROADSTREET
GLOBAL FUND

THE COVID-19 PANDEMICHASCAUSED SUBSTANTIAL MARKET DISRUPTION AND DISLOCATION AROUND THE WORLD INCLUDING THE U.S. DURING PERIODS OF MARKET DISRUPTION, THE FUND'S EXPOSURE TO THE RISKS DESCRIBED ELSEWHERE IN THE OFFERING MATERIALS WILL LIKELY INCREASE. AS A RESULT, WHETHER OR NOT THE FUND INVESTS IN SECURITIES OF ISSUERS LOCATED IN INDUSTRIES WITH SIGNIFICANT EXPOSURE TO THE PANDEMIC, THE VALUE AND LIQUIDITY OF THE FUND'S INVESTMENTS MAY BE NEGATIVELY AFFECTED.

THIS PRESENTATION CONTAINS HISTORICAL MARKET DATA RELATED TO INDUSTRIESWHICH WE MAY INVEST IN. ACTUAL RESULTS MAY DIFFER FROMHISTORICAL RESULTS. AS A RESULT, ANY POTENTIAL INVESTMENT MAY NOT GROW OR BE MADE AT HISTORICAL TRENDS INDICATED BY THIS-DATA, OR AT ALL. THE FAILURE OF ANYINVESTMENT TO NOT BE MADE IN ACCORDANCE WITH HISTORICAL TRENDSMAY HAVE A MATERIAL ADVERSE EFFECT ON OUR BUSINESS, RESULTSOF OPERATIONS AND FINANCIAL CONDITION, AND ON THE VALUE OF ANY POTENTIAL INVESTMENT.

NO REPRESENTATION OR WARRANTY OF ANY KIND IS OR CAN BE MADE WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF, AND NO REPRESENTATION OR WARRANTY SHOULD BE INFERRED FROMTHE HISTORICAL OPERATING AND FINANCIAL INFORMATION, INCLUDING SUCH HISTORICAL FINANCIAL STATEMENTS, PERFORMANCE, OR RESULTS, CONTAINED IN THIS PRESENTATION. NO REPRESENTATION OR WARRANTY IS OR CAN BE MADE AS TO OUR FUTURE OPERATIONS OR THE AMOUNT OF ANY FUTURE INCOME WE MAY REALIZE OR LOSS WE MAY SUSTAIN. THEREFORE,THE ACTUAL RESULTS ACHIEVEDIN THE FUTURE WILLVARY FROM PROJECTED RESULTS, AND VARIATIONS MAY BE MATERIAL AND ADVERSE. PROSPECTIVE INVESTORS ARE CAUTIONED NOT TO PLACE ANY RELIANCE ON ANY OF THE HISTORICAL INFORMATION CONTAINED HEREIN IN CONNECTION WITH A PROPOSED INVESTMENT IN THE FUND. EACH PROSPECTIVE INVESTOR IS EXPECTED TO MAKE ITS OWN INDEPENDENT INVESTIGATION OF OUR BUSINESS AND OUR BUSINESS PROSPECTS.

FOR INVESTORS IN PRE-IPO TRANSACTIONS, WE USE OUR BEST FAITH EFFORTS TO IDENTIFY SHARES AND/OR RIGHTS TO SHARES TO PERFECT A SUB SERIES INVESTMENT IN A PARTICULAR COMPANY. HOWEVER, THERE CAN BE OCCASION WHERE WE CANNOT LOCATE THE SHARE AND/OR RIGHTS AND WE MAY STILL CLOSE THE TRANSACTION WITH OUR INVESTOR ANDTHEREBYBE SHORT A POSITIONUNTIL WE ARE ABLE TOLOCATE THE SHARES AND/OR RIGHTS. IN THAT EVENT, THE FUND AND ITS MANAGEMENT SHALL ACT AS GUARANTOR OF THE COMPLETION OF SAID TRANSACTION.

# Disclaimer

BROADSTREET GLOBAL FUND

BESIDES THE FEES AND EXPENSES DISCLOSED IN THE PRIVATE PLACEMENT MEMORANDUM, EACH INVESTOR IS ADVISED THAT ADDITIONAL COSTS, EXPENSES OR CHARGES MAY BE APPLICABLE DEPENDING UPONTHE KIND OF INVESTMENT INVOLVED. INVESTMENTSIN FIXED INCOME PRODUCTS ALLOW FOR THE FUND OR ITS MANAGER OR AN AFFILIATE OR SERVICE PROVIDER TO EARN ADDITIONAL MONEYS WHICH INCLUDES ALL PROFITS THAT MAY HAVE BEEN GENERATED BYTHAT PRODUCT IN EXCESS OF THE PERCENTAGE RETURNS THAT HAVE BEEN IDENTIFIED TOBE PAID TO THE INVESTOR IN THE PRIVATE PLACEMENT MEMORANDUM. FURTHERMORE, PRODUCTSSUCH ASLOT TAKEDOWN/INFRASTRUCTURE DEALSAND/OR REAL ESTATE RELATED INVESTMENTS PROVIDE FOR ADDITIONAL MONIES TO BE PAID OUT OF FUNDS RECEIVED BY INVESTORS AND ARE IDENTIFIED IN THE FINANCIAL PROJECTIONS AS CAPITAL CONTRIBUTIONS FOR INVESTMENT PARTICIPATION. SUCH CONTRIBUTIONS WILL GENERALLY EQUATE TO SIX PERCENT PER YEAR FOR THE INITIAL FIVE YEARS OF THE INVESTMENT AND IN THE DISCRETION OF THE MANAGER, THIS ENTIRE CONTRIBUTION MAY BE COLLECTEDDURING THE INITIAL FUND RAISE OF THE APPLICABLE INVESTMENT AND PAID TO THE MANAGER, AN AFFILIATE OF THE MANAGER, A SERVICE PROVIDER, DEAL SYNDICATOR, OR ANY PROFESSIONAL OR ENTITY WHICH ASSISTS THE FUND WITH SAID TRANSACTION AND THE AMOUNT PAID TO ANY OF THESE SHALL BE IN THE SOLE DISCRETION OF THE FUND AND ITS MANAGER.

IF YOU DO NOT UNDERSTAND ANY OF THE FEES, COSTS, CHARGES, EXPENDITURES APPLICABLE TO ANY INVESTMENT, YOU ARE TO PLACE YOUR QUESTION IN WRITING AND EMAIL THE FUND. YOUR SIGNING BELOW CONSTITUTES YOUR ACCEPTANCE AND UNDERSTANDING OF THE PRIVATE PLACEMENT MEMORANDUM OF THE FUND AND ALL DOCUMENTSCONTAINED IN THE FUND'S DATA ROOM AND THAT YOU FURTHER CERTIFY AND GUARANTYTHAT YOU BAVE READ EACHANDEVERYPAGE OF THE PRIVATE PLACEMENT AND THE DATA ROOM PRESENTATION.

YOU FURTHER AFFIRM THAT YOU ARE AWARE THAT YOU CAN HAVE AN INDEPENDENT PROFESSIONAL SUCH AS AN ATTORNEY OR ACCOUNTANT REVIEW ALL FUND RELATED MATERIALS TO ASSIST YOU IN YOUR EVALUATION OF THE SAME AND THE FUND DOES NOT PROVIDE LEGAL OR INVESTMENT ADVICE TO YOU AS IT IS YOUR RESPONSIBILITY TO SEEK PROFESSIONAL ASSISTANCE WITH SUCH DECISIONS.

# Disclaimer

BROADSTREET
GLOBAL FUND

**READ ALL OF THE DISCLAIMERS BELOW CAREFULLY, YOU ARE CONSENTING AND AGREEING TO EVERYTHING BELOW WHEN YOU ENTER INTO THIS ROOM AND THE BELOW DISCLOSURES ARE MADE A PART OF ANY INVESTMENT THAT YOU HAVE MADE OR ARE GOING TO MAKE. IF YOU DISAGREE WITH ANYTHING BELOW, YOU SHOULD NOT INVEST.**

YOU AFFIRM THAT YOU ARE AWARE THAT YOU CAN HAVE AN INDEPENDENT PROFESSIONAL SUCH AS AN ATTORNEY OR ACCOUNTANT REVIEW ALL FUND RELATED MATERIALS TO ASSIST YOU IN YOUR EVALUATION OF THE SAME AND THE FUND DOES NOT PROVIDE LEGAL OR INVESTMENT ADVICE TO YOU AS IT IS YOUR RESPONSIBILITY TO SEEK PROFESSIONAL ASSISTANCE WITH SUCH DECISIONS.

IN SOME OF THE PRESENTATIONS IN OUR DATA ROOM, THE DATA SHOWN MAY INCLUDE PAST PERFORMANCE OF PASSIVE EQUITY INVESTMENTS MADE BY AFFILIATES OF THE MANAGER IN OTHER COMPANIES WHOSE BUSINESS IS IN THE SAME INDUSTRIES WHICH THE FUND MAY INVEST IN. IF ANY SUCH PRESENTATION HAS SUCH INFORMATION THEN YOU ARE WARNED THAT THIS INFORMATION IS PRESENTED FOR ILLUSTRATIVE PURPOSES TO SHOW HOW THE MANAGER IS LOOKING TO MAKE INVESTMENTS IN THESE INDUSTRIES ONLY AND IS NOT INTENDED TO REPRESENT ANY INDICATION OF HOW AN INVESTMENT OF THE FUND MAY PERFORM IN THE FUTURE GIVEN THE STRUCTURE OF A PROPOSED INVESTMENT BY THE FUND MAY BE DIFFERENT THAN THE STRUCTURE OF THE PRIOR INVESTMENTS MADE BY AFFILIATES OF THE MANAGER OR OTHER THIRD PARTIES. THE MANAGER AND/OR ITS AFFILIATES MAY NOT HAVE BEEN INVOLVED IN THE MANAGEMENT OF THESE HISTORICAL INVESTMENTS AND ANY FUTURE INVESTMENT BY THE FUND MAY NOT BE OPERATED IN THE SAME MANNER AS THESE PRIOR INVESTMENTS. CURRENT PERFORMANCE OF ANY INVESTMENT MADE BY THE FUND MAY BE LOWER OR HIGHER THAN THE PERFORMANCE OF ANY PRIOR INVESTMENT MADE BY AFFILIATES OF THE MANAGER OR THIRD PARTIES. WE CANNOT GUARANTY ANY PERFORMANCE AND TO THE EXTENT WE PUT ANY PERFORMANCE DATA IN PRESENTATIONS, THEY ARE SIMPLY ESTIMATES AND NOT GUARANTIES OF PERFORMANCE. ALL INVESTMENTS THAT THE FUND PARTICIPATES IN ARE EXTREMELY RISKY AND ONLY FOR THE MOST SOPHISTICATED INVESTORS THAT CAN TOLERATE A COMPLETE INVESTMENT LOSS.

# Disclaimer

IN ADDITION, THE MANAGER, ITS AFFILIATES AND THIRD PARTIES CHARGE SIGNIFICANT FEES AND EXPENSES WHICH CAN DRAMATICALLY AFFECT THE PEFORMANCE OF AN INVESTMENT. YOU SHOULD MAKE SURE THAT YOU ARE ABLE TO READ ALL MATERIAL PROVIDED TO YOU AND IF YOU ARE NOT ABLE TO DETERMINE WHAT THE MANAGER, ITS AFFILIATES AND/OR ANY THIRD PARTIES ARE MAKING IN ANY TRANSACTION THEN IT IS YOUR RESPONSIBILITY TO REQUEST, IN WRITING, A COMPLETE SUMMARY. IF YOU DO NOT MAKE SUCH A REQUEST IN WRITING, THEN IT IS ASSUMED THAT YOU ARE ABLE TO CALCULATE ALL SUCH FEES AND EXPENSES AND THAT YOU ACCEPT THE SAME. THE FEES AND EXPENSES CHARGED CAN BE A SIGNIFICANT AMOUNT, IN FACT, SUCH A LARGE AMOUNT THAT THE FEES AND EXPENSES CHARGED COULD CAUSE AN INVESTMENT TO NOT BE PROFITABLE TO YOU AND THEREFORE YOU ARE URGED TO READ EVERYTHING ABOUT ANY INVESTMENT YOU MAKE AND TO CONFIRM THAT YOU KNOW EXACTLY WHAT ALL OF THE FEES AND EXPENSES ARE. DEPENDING ON THE PRODUCT, THE MANAGER, ITS AFFILIATES, OR THIRD PARTIES MAY MAKE SUBSTANTIALLY MORE THAN YOU CAN MAKE IN THE INVESTMENT.

THE COVID-19 PANDEMIC HAS CAUSED SUBSTANTIAL MARKET DISRUPTION AND DISLOCATION AROUND THE WORLD INCLUDING THE U.S. DURING PERIODS OF MARKET DISRUPTION, THE FUND'S EXPOSURE TO THE RISKS DESCRIBED ELSEWHERE IN THE OFFERING MATERIALS WILL LIKELY INCREASE. AS A RESULT, WHETHER OR NOT THE FUND INVESTS IN SECURITIES OF ISSUERS LOCATED IN INDUSTRIES WITH SIGNIFICANT EXPOSURE TO THE PANDEMIC, THE VALUE AND LIQUIDITY OF THE FUND'S INVESTMENTS MAY BE NEGATIVELY AFFECTED.

THIS REPORT CONTAINS HISTORICAL MARKET DATA RELATED TO INDUSTRIES WHICH WE MAY INVEST IN. ACTUAL RESULTS MAY DIFFER FROM HISTORICAL RESULTS. AS A RESULT, ANY POTENTIAL INVESTMENT MAY NOT GROW OR BE MADE AT HISTORICAL TRENDS INDICATED BY THIS DATA, OR AT ALL. THE FAILURE OF ANY INVESTMENT TO NOT BE MADE IN ACCORDANCE WITH HISTORICAL TRENDS MAY HAVE A MATERIAL ADVERSE EFFECT ON OUR BUSINESS, RESULTS OF OPERATIONS AND FINANCIAL CONDITION, AND ON THE VALUE OF ANY POTENTIAL INVESTMENT.

# Disclaimer

BROADSTREET GLOBAL FUND

NO REPRESENTATION OR WARRANTY OF ANY KIND IS OR CAN BE MADE WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF, AND NO REPRESENTATION OR WARRANTY SHOULD BE INFERRED FROM THE HISTORICAL OPERATING AND FINANCIAL INFORMATION, INCLUDING SUCH HISTORICAL FINANCIAL STATEMENTS, PERFORMANCE, OR RESULTS, CONTAINED IN ANY PRESENTATION CONTAINED HEREIN. NO REPRESENTATION OR WARRANTY IS OR CAN BE MADE AS TO OUR FUTURE OPERATIONS OR THE AMOUNT OF ANY FUTURE INCOME WE MAY REALIZE OR LOSS WE MAY SUSTAIN. THEREFORE, THE ACTUAL RESULTS ACHIEVED IN THE FUTURE WILL VARY FROM PROJECTED RESULTS, AND VARIATIONS MAY BE MATERIAL AND ADVERSE. PROSPECTIVE INVESTORS ARE CAUTIONED NOT TO PLACE ANY RELIANCE ON ANY OF THE HISTORICAL INFORMATION CONTAINED HEREIN IN CONNECTION WITH A PROPOSED INVESTMENT IN THE FUND. EACH PROSPECTIVE INVESTOR IS EXPECTED TO MAKE ITS OWN INDEPENDENT INVESTIGATION OF OUR BUSINESS AND OUR BUSINESS PROSPECTS.

THE INVESTOR FURTHER ACKNOWLEDGES THAT IT IS NOT RELYING ON ANY VERBAL STATEMENT MADE BY ANYONE REGARDING ANY INVESTMENT AND THAT THE INVESTOR IS RELYING ON HIS OWN EXPERTISE OR THE EXPERTISE OF ANY PROFESSIONAL THAT HE HAS HIRED TO ASSIST HIM IN HIS EVALUATION OF ANY INVESTMENT. THE INVESTOR WAIVES ANY RIGHT TO CLAIM THAT IT HAS RELIED ON ANY VERBAL STATEMENT MADE BY ANYONE IN REGARDS TO THIS INVESTMENT.

FOR INVESTORS IN PRE-IPO TRANSACTIONS, WE USE OUR BEST FAITH EFFORTS TO IDENTIFY SHARES AND/OR RIGHTS TO SHARES TO PERFECT A SUB SERIES INVESTMENT IN A PARTICULAR COMPANY. HOWEVER, THERE CAN BE OCCASION WHERE WE CANNOT LOCATE THE SHARE AND/OR RIGHTS AND WE MAY STILL CLOSE THE TRANSACTION WITH OUR INVESTOR AND THEREBY BE SHORT A POSITION UNTIL WE ARE ABLE TO LOCATE THE SHARES AND/OR RIGHTS. IN THAT EVENT, THE FUND AND ITS MANAGEMENT SHALL ACT AS GUARANTOR OF THE COMPLETION OF SAID TRANSACTION. THE FUND AND ITS MANAGEMENT SHALL THEREBY RECEIVE THE PROCEEDS FROM THE SHORT SALE, BE FREE TO UTILIZE THOSE FUNDS IN ITS DISCRETION AS WELL.

THE FUND, ITS MANAGERS, AFFILIATES OR THIRD PARTIES MAY BE SELLING INTERESTS THAT THEY HAVE ACQUIRED IN PRE-IPO COMPANIES OR OTHER INVESTMENTS DIRECTLY TO THE FUND INVESTORS AT PRICES SIGNIFICANTLY AND SUBSTANTIALLY HIGHER THAN WHAT THE FUND, ITS MANAGERS, AFFILIATES OR THIRD PARTIES PAID FOR SUCH INVESTMENTS.

# Disclaimer

BROADSTREET GLOBAL FUND

THE INVESTOR IS WARNED THAT THERE IS NO GUARANTY THAT THE INVESTOR IS PAYING FAIR VALUE FOR THE PRE-IPO COMPANY OR FOR THAT MATTER ANY INVESTMENT MADE WITH THE FUND. PROFITS MADE BY THE FUND, ITS MANAGERS, AFFILIATES OR THIRD PARTIES CAN BE SUBSTANTIAL AND DEPENDING ON THE INVESTMENT MORE THAN ONE HUNDRED PERCENT, WHEREAS THE INVESTOR, BY PURCHASING SAID INVESTMENT COULD EXPERIENCE A COMPLETE LOSS OR A PURCHASE PRICE THAT COULD BE PURCHASED FROM ANOTHER SOURCE AT A MUCH BETTER PRICE.

BESIDES THE FEES AND EXPENSES DISCLOSED IN THE PRIVATE PLACEMENT MEMORANDUM, EACH INVESTOR IS ADVISED THAT ADDITIONAL COSTS, EXPENSES OR CHARGES MAY BE APPLICABLE DEPENDING UPON THE KIND OF INVESTMENT INVOLVED. INVESTMENTS IN FIXED INCOME PRODUCTS ALLOW FOR THE FUND OR ITS MANAGER OR AN AFFILIATE OR SERVICE PROVIDER TO EARN ADDITIONAL MONEYS WHICH INCLUDES ALL PROFITS THAT MAY HAVE BEEN GENERATED BY THAT PRODUCT IN EXCESS OF THE PERCENTAGE RETURNS THAT HAVE BEEN IDENTIFIED TO BE PAID TO THE INVESTOR IN THE PRIVATE PLACEMENT MEMORANDUM. FURTHERMORE, PRODUCTS SUCH AS LOT TAKEDOWN/INFRASTRUCTURE DEALS AND/OR REAL ESTATE RELATED INVESTMENTS PROVIDE FOR ADDITIONAL MONIES TO BE PAID OUT OF FUNDS RECEIVED FROM INVESTORS AND MAY BE IDENTIFIED IN THE FINANCIAL PROJECTIONS AS CAPITAL CONTRIBUTIONS FOR INVESTMENT PARTICIPATION. SUCH CONTRIBUTIONS WILL GENERALLY EQUATE TO SIX PERCENT PER YEAR FOR THE INITIAL FIVE YEARS OF THE INVESTMENT AND IN THE DISCRETION OF THE MANAGER, THIS ENTIRE CONTRIBUTION MAY BE COLLECTED DURING THE INITIAL FUND RAISE OF THE APPLICABLE INVESTMENT AND PAID TO THE MANAGER, AN AFFILIATE OF THE MANAGER, A SERVICE PROVIDER, DEAL SYNDICATOR, OR ANY PROFESSIONAL OR ENTITY WHICH ASSISTS THE FUND WITH SAID TRANSACTION AND THE AMOUNT PAID TO ANY OF THESE SHALL BE IN THE SOLE DISCRETION OF THE FUND AND ITS MANAGER. FOR PRE-IPO TRANSACTIONS, AT A MINIMUM, BESIDES ANY OTHER FEES, CHARGES, MARKUPS OR PROFITS, THE INVESTOR SHALL PAY AT LEAST 10% OF THE GROSS PROCEEDS INVESTED PLUS 2% IN ADMINISTRATIVE FEES PLUS 2% IN LEGAL FEES PLUS 10% OF ANY PROFITS RECOGNIZED BY THE INVESTOR. ADDITIONAL FEES AND COSTS MAY ALSO BE ASSESSED.

# Disclaimer

BROADSTREET GLOBAL FUND

THE FUND OPERATES IN MANY LINES OF BUSINESS AND INDUSTRIES. IN THE EVENT THAT AN INTEREST PAYMENT, RETURN OF CAPITAL OR ANY OTHER FORM OF PAYMENT OR DISTRIBUTION IS BEING MADE TO AN INVESTOR, THE FUND MAY USE ITS REVENUES OR EARNINGS FROM OTHER BUSINESS LINES IN ORDER TO MAKE PAYMENTS TO INVESTORS. FOR EXAMPLE, IN REAL ESTATE DEALS, INVESTORS ARE GENERALLY PROVIDED AN EXPECTED RETURN, HOWEVER, DEPENDING ON THE REAL ESTATE PROJECT AND THE TIMING OF WHEN SUCH A PROJECT BEGINS TO GENERATE REVENUES FROM OPERATIONS, THE FUND MAY MAKE PAYMENTS TO INVESTORS FROM MONIES GENERATED FROM OTHER INVESTMENTS WHICH THE FUND HAS MADE SO THAT POSITIVE INVESTOR RETURNS CAN BE ACHIEVED. WITHOUT SUCH PAYMENTS BEING MADE FROM THE FUND BY ITS OTHER BUSINESS LINES, RETURNS MAY NOT HAVE BEEN ABLE TO HAVE BEEN MADE TO INVESTORS. HENCE, INVESTORS COULD RECEIVE PAYMENTS BY THE FUND FROM INDUSTRIES OTHER THAN THAT WHICH THE INVESTOR INITIALLY INTENDED TO INVEST.

FOR CERTAIN INVESTMENTS IN EITHER FIXEDINCOME OR REAL ESTATE PROJECTS, THE INVESTOR MAY PAY MONIES TO PARTICIPATE IN A TRANSACTION AND THE FUND MAY USE SOME OR ALL OF THE INVESTOR FUNDS TO GENERATE RETURNS THROUGH INVESTMENTS UNRELATED TO THE INVESTED INDUSTRY IDENTIFIED BY THE INVESTOR. FOR EXAMPLE, INVESTORS IN REAL ESTATE PROJECTS MAY HAVE SOME OR ALL OF THE FUNDS WHICH THEY HAVE PLACED WITH THE FUND ACTUALLY PLACED IN NON REAL ESTATE INVESTMENTS SUCH AS SECURITIES, DERIVATIVE CONTRACTS, DEBT PORTFOLIOS, MERCHANT CASH ADVANCE OR FIXED INCOME PRODUCTS IN ORDER TO GENERATE RETURNS TO PAY INVESTORS WHILE THE REAL ESTATE PROJECTS ARE BEING DEVELOPED AND NOT YET OPERATIONAL. THE FUND MANAGER IS SPECIFICALLY GIVEN THE AUTHORITY TO USE SUCH FUNDS IN SUCH MANNER AS IT DEEMS APPROPRIATE IN ORDER TO GENERATE RETURNS FOR THE BENEFIT OF INVESTORS.

IF YOU DO NOT UNDERSTAND ANY OF THE FEES, COSTS, CHARGES, EXPENDITURES APPLICABLE TO ANY INVESTMENT, YOU ARE TO PLACE YOUR QUESTION IN WRITING AND EMAIL THE FUND. YOUR SIGNING PRIVATE PLACEMENT/ SUBSCRIPTION DOCUMENTS WITH THE FUND CONSTITUTES YOUR ACCEPTANCE AND UNDERSTANDING OF THE PRIVATE PLACEMENT MEMORANDUM OF THE FUND AND ALL DOCUMENTS CONTAINED IN THE FUND'S DATA ROOM INCLUDING THE DISCLAIMERS HERE AND THAT YOU FURTHER CERTIFY AND GUARANTY THAT YOU HAVE READ EACH AND EVERY PAGE OF THE PRIVATE PLACEMENT AND THE DATA ROOM PRESENTATION AND YOU AGREE TO ALL OF THIS.