# EXHIBIT "H"

BROADSTREET

GLOBAL FUND

# AGREEMENT

This Agreement ( **"Agreement")** is entered into as of this _____ day of ________, 2025 (the **"Effective Date"),** by and between ___________________________ and Broad Street Global Fund, LLC, a Delaware series limited liability company **("BSG").** Each of the above may referred to individually as, a **"Party"** and collectively as, the **"Parties."**

WHEREAS, the above non BSG Parties desire a special side letter agreement (the **"Investor(s)");** and

WHEREAS, the Investors desire the specific terms and conditions expressed below in order to select choice “B” in that certain redemption notice issued by BSG related to their monies in BSG (the **"Investment");** and

WHEREAS, BSG desires to set forth in this Agreement certain additional, terms, conditions, opportunities available to the Investor based on the Investment that are not included in the PPM (as hereinafter defined); and

WHEREAS, BSG acknowledges that this Agreement shall be binding and available to Investor and that BSG is authorized to enter into side letter agreements such as this Agreement pursuant to its BSG Confidential Private Placement Memorandum, Subscription Documents, Operating Agreement and data room (the **"PPM");** and

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged by the Parties, the Parties, intending to be legally bound, do hereby agree as follows:

1. <u>Investment Return.</u> Each of the Investors set forth below, in return for selecting Choice B in the redemption notice provided by BSG as well as executing any other such documents related hereto, shall be given the following investment/redemption opportunity provided all of the below signatories execute this Agreement (a) The Investor’s entire Investment was $__________________ and they shall receive back from the Investment due to the redemption process an amount of $_________________ worth of ownership interest in Innovative Development Funds LLC which shall pay a calendar quarterly distribution of fourteen percent annualized return on the amount of value of said ownership and shall receive stock equal to $__________________ worth of stock in NYSE symbol SOUL.

2. <u>Investor Confidentiality.</u> The rights conferred herein are confidential, may not be discussed with any other person without the express written consent of BSG. Violation of this

provision shall make this Agreement null and void.

3. Miscellaneous.

(a) This Agreement has been negotiated pursuant to the permitted side letter provision of the PPM and is binding on the signing parties and any other entity or account in which they have which is in any manner related to BSG.

(b) Each Party acknowledges and agrees that he/she/it has full legal capacity, power and authority to execute and deliver this Agreement and to perform its obligations hereunder and is bound by each and every obligation set forth in the PPM and any other document related to this transaction.

(c) Each Party acknowledges and agrees that this Agreement constitutes the valid and binding obligations of such Party any and all other terms and conditions of the PPM shall continue to be binding.

(d) This Agreement may be executed in two or more counterparts, each of which shall be deemed an original, but all of which together shall constitute one and the same instrument. This Agreement may be executed by all Parties by electronic mail or electronically, including by use of electronic signature programs such as Docusign. Any such electronically executed documents, including "PDFs" shall be considered originals and may be utilized to enforce any Party's rights or remedies under this Agreement or any of the Investment Documents.

(e) If there is any dispute amongst the Parties the sole mechanism for resolution of disputes shall be the application of South Carolina law with venue only appropriate in the federal court system in Greenville, South Carolina.

IN WITNESS WHEREOF, the Parties have executed this Agreement effective as of the date and year first above written.

**Broad Street Global Fund, LLC**

**----------------------------------------**

**Signature**

____________________

**Print Name**

______________

**Date**

**CONTINUATION OF SIGNATURE PAGE TO SIDE LETTER AGREEMENT**

----------------------------------------
**Signature**

______________________
**Print Name**

_______________
**Date**

----------------------------------------
**Signature**

______________________
**Print Name**

_______________
**Date**

----------------------------------------
**Signature**

______________________
**Print Name**

_______________
**Date**

**CONTINUATION OF SIGNATURE PAGE TO SIDE LETTER AGREEMENT**

**----------------------------------------**
**Signature**

______________________
**Print Name**

_______________
**Date**

**----------------------------------------**
**Signature**

______________________
**Print Name**

_______________
**Date**

**----------------------------------------**
**Signature**

______________________
**Print Name**

_______________
**Date**