# EXHIBIT "I"

10:05

Akhil Deal Broadstre...

10:26 AM

David's on a zoom
Waiting for his response
personally looking at it from any angle it's a sick deal. Even if I'm in it for 3 years that's 300% @10
10:30 AM

Nov 19, 2025

Yeah keep me posted on what David says

And I just got an email that redemption notice voided

Are they sending out an updated redemption
10:00 AM

> Akhil Deal Broadstreert
> Photo

This is what David said is
And we can put this on a side letter for you .no problem
10:02 AM

Okay yeah that'd be good 10:35 AM

And what about the voided Docusign
10:35 AM

U will be getting the new one

10:06 46



Akhil Deal Broadstre...

> **Akhil Deal Broadstreert**
> Photo
>
> 

This is what David said is
And we can put this on a side letter for you .no problem 10:02 AM

Okay yeah that'd be good 10:35 AM

And what about the voided Docusign 10:35 AM

U will be getting the new one 10:35 AM

Ok 10:35 AM

Let me know in the amount u adding
So I can get side letter 10:36 AM

**Nov 20, 2025**

*This message was deleted.* 9:45 AM

*This message was deleted.* 9:45 AM

*This message was deleted.* 9:45 AM

*This message was deleted.* 9:56 AM

**Nov 24, 2025**

*Forwarded*

10:06

46

Akhil Deal Broadstre...

Nov 25, 2025

Okay
We have had recently lot of moving parts in life so discussing with my wife before deciding this week bc need more liquidity
9:35 AM

Everything in live is going to change when you get a 5x
Remember that
Also if liquidity is a concern we can figure something out.
But don't over analyze this.
We are all here to make money. We think u will be able to sell starting the first year. But u let me know what exact liquidy u need and we can structure something
9:44 AM

Well I think my wife is choosing opt A but we deciding on all of my stuff
10:50 AM

We can give ur wife 14% with our family office
This way u don't worry about taxes
As once u withdraw
Regardless let me know what u want
I don't want to keep coming to you for this.
I'm here
10:52 AM

10:06 46

Akhil Deal Broadstre...

structure something
9:44 AM

Well I think my wife is choosing opt A but we deciding on all of my stuff
10:50 AM

We can give ur wife 14% with our family office
This way u don't worry about taxes
As once u withdraw
Regardless let me know what u want
I don't want to keep coming to you for this.
I'm here
10:52 AM

Sure
We will discuss and I'll update you
10:52 AM

So what is the family office 14% my wife asking
Is there a website or something about that she can see since BSG will end once the deal is done

Also any updates on the alt coin or does this deal include my alt coin investments turning into 3x stock as I have gotten anything to sign about that
3:21 PM

Or is it that she is still Bsg land kind of
3:46 PM

10:06 46

Akhil Deal Broadstre...

Sure
We will discuss and I'll update you
10:52 AM

So what is the family office 14% my wife asking
Is there a website or something about that she can see since BSG will end once the deal is done

Also any updates on the alt coin or does this deal include my alt coin investments turning into 3x stock as I have gotten anything to sign about that
3:21 PM

Or is it that she is still Bsg land kinda of
3:46 PM

Alt coin is separate,
Rest is getting 3x

Family office is same fund land infrastructure
4:34 PM

Okay makes sense I'll let her know 👍🏽
4:34 PM

Team – Innovative Private Wealth Management
innovativepwm.com
https://innovativepwm.com/employee-

10:06 45

Akhil Deal Broadstre...

Okay makes sense I'll let her know 👍🏽 4:34 PM

Team – Innovative Private Wealth Management
innovativepwm.com
https://innovativepwm.com/employee-bios/ 4:35 PM

I'll have her look at the site
And your still part of this PWM, correct ? 4:35 PM

Yes we own this. 4:37 PM

So Once we pick option a or b the document mentions we are no longer part of BSGF so is there any documentation that we need keep so once we work with craft they give us the restricted stock or something like that 4:37 PM

And okay good good 4:37 PM

No don't worry about anything as we are still unwinding things will take 1-2 years 4:37 PM
👍

Not you and ur wife should just do the stock 5x

10:06

Akhil Deal Broadstre...

Yes we own this. 4:37 PM

So Once we pick option a or b the document mentions we are no longer part of BSGF so is there any documentation that we need keep so once we work with craft they give us the restricted stock or something like that 4:37 PM

And okay good good 4:37 PM

No don't worry about anything as we are still unwinding things will take 1-2 years 4:37 PM

👍

Not you and ur wife should just do the stock 5x
@16
Telling u 4:38 PM

👏

Makes sense
I imagine once unwound and fully private it'll be easier to operate 4:38 PM

Akhil Deal Broadstreert
No don't worry about anything as we are still unwinding things will take 1-2 years

Sure

10:06

Akhil Deal Broadstre...

👏

Makes sense
I imagine once unwound and fully private it'll be easier to operate
4:38 PM

> **Akhil Deal Broadstreert**
> No don't worry about anything as we are still unwinding things will take 1-2 years

Sure
but she is stickler for papers and documents so wants to know how we have ownership in the alt coin once we sign a or b since again the document very clearly reads we are no longer investor in BSGF —- she read the doc since she is bored on her mat leave and this is a key ? Of hers and than I saw that line and think her question make sense

And tbh if it was me alone I'd prob do B BUT Im Still slowly discussing with her to make decision esp since we have til Friday to decide and we try to be on same page
Edited 4:41 PM

Crypto was sounded off in March
Z square
This redemption has nothing to do with crypto

10:06

Akhil Deal Broadstre...

have til Friday to decide and we try to be on same page

Edited 4:41 PM

Crypto was sounded off in March
Z square
This redemption has nothing to do with crypto
For crypto u have already opened ac with craft. Once approved shares get transferred there .
If you click in ur juniper ac
Click on crypto position
Capital paid out will reflect the multiple and dividend.
Subtract the dividends the number will equal the multiple u getting which is
100% before April 15,2024
50% after

4:43 PM

👍



PDF Broadstreet.alt.coin.crypto.update.May.1.2025.final.pdf
2 pages • 159 KB • pdf

4:44 PM

To make it easy since u need paper trail

10:07 45

Akhil Deal Broadstre...

To make it easy since u need paper trail
I'll send u an email from broadstreet
Stating this redemption does not include crypto 4:45 PM

I thought this was pretty clear from day 1 4:45 PM

Probably was
With newborn in house I've been sleep deprived 4:45 PM

Sorry about that 4:45 PM

And just doing really whatever to keep baby and mom happy whether it's in house or in discussions with you 4:46 PM

Hence I'm hoping she comes around and I can just do option b and see the benefits in couple years once leak out clause or numbers reached 4:47 PM

Nov 27, 2025

Happy thanksgiving

I see both now

My wife ended up wanting option A for

10:07

45

Akhil Deal Broadstre...

Happy thanksgiving

I see both now

My wife ended up wanting option A for all of it

I'm glad I was able to at least do some crypto-alt coin and hopefully that does great!

Edited 7:32 PM

Wed, Apr 1

On crypto
Just got NASDAQ approval should be a press release tomorrow

Next we have state of Wyoming
Share transfer process.
All in all another 3-4 weeks
I'd say by 1st week of May

6:00 AM

Sounds good any expected opening price on it?

3:18 PM

Will know in a few weeks 3:23 PM

Ok
Any updates on return of capital o
sale of assets