# EXHIBIT "T"

# DECLARATION OF JYOTI PATEL

I, **Jyoti Patel**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct, that we are over 18 years of age, and that the matters stated herein are based upon our personal knowledge, except where we expressly state that a matter is based upon communications, documents, investor presentations, or other information provided to us. I have managed and communicated with Broadstreet concerning the investments held for or on behalf of my daughter, **Khushbu Patel**, and therefore has primary personal knowledge of the communications and events described below.

1) My relationship with BSG began in late 2021 when a friend introduced my husband to one of its alternative investment opportunities. After conducting our own research and determining that the opportunity appeared legitimate, I became interested in investing. In early 2022, I contacted BSG directly to inquire about additional investment opportunities. Most of my communications were with Akhil Morada, who became my primary point of contact regarding investment opportunities, projected returns, and the associated tax benefits.

2) In 2022, I made my initial investment in the Turtle Creek Housing project. The investment performed as represented and generated the expected returns for approximately one and a half years. Based on that positive experience, I invested in BSG's Crystal Lagoon and Data Storage Center projects in 2023. These investments also generated returns for a period. Later in 2023, I invested funds from my retirement account into the Land Infrastructure Project. At no point during the investment process was I informed that this investment would later be converted into stock.

3) Because my earlier investments were performing well, Akhil Morada later contacted me about investing in BSG's cryptocurrency investment opportunity. He stated that the

investment would provide both attractive returns and significant tax benefits through available write-offs. During the first year, the investment did produce returns and the anticipated tax benefits. Subsequently, Akhil contacted me again regarding an additional investment in the Data Center Project. I invested in that project as well in 2024, and it generated returns for approximately one year. Also in 2024 invested in Tennessee land infrastructure deal, which later dissolved with regular land Infrastructure deal.

4) After approximately one year, however, the returns from my cryptocurrency investment ceased. I was informed that the investment was being converted into stock. Although this conversion was repeatedly discussed, it did not occur until approximately two years later. During that period, I did not receive the ongoing returns that had been promised.

5) By March 2025, I had completely stopped receiving returns from the cryptocurrency investment. At that point, I decided not to make any additional investment because BSG was no longer honoring the return provisions outlined in the signed investment agreements.

6) In November 2025, BSG held a Zoom meeting with investors that included the company's president, David Fengold. During that meeting, investors were informed that they would have the option of receiving either company stock or a cash redemption of their investments. BSG subsequently distributed documents requiring investors to make that election. I selected the cash redemption option. Also, we have stopped receiving any and all kinds of promised return from all the projects after this meeting.

7) Following my election, BSG provided documentation confirming that it would honor my choice but stated that it would require up to 180 days to complete the redemption. Near the end of that 180-day period, however, investors received a letter stating that the cash redemption option had been rescinded and that all investors would instead receive stock, regardless of their

prior elections or the written agreements. During that same period, BSG representatives also informed investors that no additional returns, payments, or preferred returns would be made.

8) Regarding the cryptocurrency investment, investors were repeatedly told—approximately every 60 days—that the stock conversion would occur "soon." Those assurances continued over an extended period, but the promised action was repeatedly delayed and, in my experience, amounted to ongoing assurances without timely performance.

9) After these events, I retained attorney Andrew Greenidge to represent my interests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026, in Etowah, County, State of Alabama.

Jyoti Patel

**Jyoti Patel**