# EXHIBIT “X”

**DECLARATION OF JAMES ANDREW HO**

I, **JAMES ANDREW HO**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct, that I am over 18 years of age, and that I have personal knowledge of the matters stated herein, except where I expressly state that a matter is based upon information communicated to me or information I subsequently received or reviewed:

1) I was introduced to Broadstreet Global Private Equity and Akhil Morada through another investor Jyoti Patel, in November 2023. I made my first investment on November 15, 2023 in the Crypto/Altcoin Mining - 28% Annual Return Series. My primary point of contact at the firm was Akhil Morada- a senior managing director with Broadstreet who has been with the firm since 2015. During our discussions, Mr. Morada made the following representations to me via a WhatsApp text message thread:

**[1/30/24, 7:29:15 AM] Akhil Broadstreet Global**: James We should be adding to your position. I have the land infrastructure fund -14.6% And the mining fund -28% available now. For 2024 -60% tax write off available

**[2/17/24, 10:41:37 AM] James Andrew H**: Merchant cash advance is basically loans to businesses correct?

**[2/17/24, 10:42:05 AM] Akhil Broadstreet Global**: Yes. Advances. Have had this fund for over 7 years now.

**[2/17/24, 10:42:37 AM] Akhil Broadstreet Global**: *We make 30-35 % on that fund so a lot of cushion.*

**[2/17/24, 10:48:32 AM] James Andrew H**: Is there a good cushion in the crypto mining? Just balancing my risk tolerance as well if I put everything into one fund.

**[2/17/24, 10:49:45 AM] Akhil Broadstreet Global**: *Yes We have a big cushion So far the most profitable venture of ours. We also have over $100millnof reserves. That's why the firm is open to giving a guarantee on $2 mill + investment.*

**[2/17/24, 11:05:40 AM] James Andrew H**: Also land infrastructure- good track record? Decent cushion?

**[2/17/24, 11:06:21 AM] Akhil Broadstreet Global**: Yes 7 years. Non cancelable contracts with the 5 biggest home builders.

**[2/17/24, 11:06:29 AM] Akhil Broadstreet Global**: Our primary business

**[2/17/24, 11:06:52 AM] Akhil Broadstreet Global**: *$3 billion fund*

**[6/8/24, 5:06:22 PM] James Andrew H**: I will be good for [redacted] investment to the TN fund. Quick question- if the fund does not go public in 1 year. Like you said it will default to the normal 14.6%. Does that mean we would get 14.6% for the entire year it was trying to go public? Or starts accruing a year later after you guys try to go public first but doesn't earn anything during that year

**[6/8/24, 5:08:29 PM] Akhil Broadstreet Global**: Yes entire year

**[6/8/24, 5:09:15 PM] Akhil Broadstreet Global**: You should be doing $4-500k in this deal. It's a double. *I would get rid of all stocks and put in this*.

**[7/8/24, 11:34:03 AM] Akhil Broadstreet Global**: Update on the TN deal. We over $60 mill now. Leaving it open for this month. After that we start the process. FYI- we own a brokerdealer, and have partners with 2 other who are going to be taking care of things after the ipo. We deff want to get everything you can in this. Opportunities like this don't come by often. *Upside 100% + worst case 14.6%.* I would add to this if you can.

**[7/14/24, 9:33:00 AM] James Andrew H**: *For the Tennessee fund. After a year whether it doubles or just goes to 14.6% will we be able to pull out the money immediately? What is the commitment on the funds?*

**[7/14/24, 9:52:27 AM] Akhil Broadstreet Global**: *Yes*

**[7/14/24, 9:52:34 AM] Akhil Broadstreet Global**: *12 months*

**[7/31/24, 6:17:42 PM] Akhil Broadstreet Global**: I'm closing the TN fund today. We have raised $70mill. If you can you should be doing this. *We are giving you a floor of 14.6%.* Giving broadstreet clients 50% discount on the share price. *Less than 12 months we should be out of this will over 100% return.*

**[10/18/24, 6:08:25 AM] Akhil Broadstreet Global**: Data Center Presentation October 2024 FINAL.pdf • 16 pages <attached: 00000154-Data Center Presentation October 2024 FINAL.pdf>

**[10/18/24, 7:09:33 AM] Akhil Broadstreet Global**: *You can get out when u need to. U just miss the back end. If you get out earlier. Since we have so much demand for all these deals it's liquid*

**[10/18/24, 7:13:35 AM] Akhil Broadstreet Global**: It's in the deck. We are being conservative we put you making an extra 20% on ur money.

**[10/18/24, 7:19:19 AM] Akhil Broadstreet Global**: *It's a good income fund*

**[10/20/24, 7:20:57 AM] Akhil Broadstreet Global**: Can you please get me some referrals. Friends and family. No one has access to these deals.

**[10/20/24, 7:46:04 AM] James Andrew H**: I will spread the word. *Is there a minimum investment? Most people I know may only have 10k-25k disposable*

**[10/20/24, 7:57:34 AM] Akhil Broadstreet Global**: *It's usually $100k. We could do $50k*

**[6/7/25, 3:23:45 PM] Akhil Broadstreet Global**: Good morning
Hope alls well. FYI. Docusign sent. Broadstreet Proposed Investor Input on Sale Transaction. Please read. *Please select option B*. We selling part of business for $500m so going forward investors will get a little more and profit sharing.

**[6/14/25, 12:29:22 PM] Akhil Broadstreet Global**: Out of the $400 million in Docusings we sent *we have $30 million or so clients who have not selected anything or doing A. We can buy them out.* Same offer. 50% profit share. (15-20% a year / quarterly payment/ I think we make min of 300% min in this. But we can get 60% tax write off on new money.

**[6/14/25, 4:33:06 PM] James Andrew H**: Is it another PE group acquiring? Same or different from alt coin selling?

**[6/14/25, 4:40:06 PM] Akhil Broadstreet Global**: *No we just happens to sell 38% of land projects to this one real estate company in bulk.* Not taking them as partners

**[6/18/25, 2:21:16 PM] Akhil Broadstreet Global**: *Wanted to confirm you did the Docusign option B*. Please complete today. *Also need to know what amount u can add to this*.

**[6/18/25, 2:46:36 PM] James Andrew H**: *Just need to know timeline of liquidity. I have a baby on the way and need to be ready for that as well*

**[6/18/25, 2:51:29 PM] Akhil Broadstreet Global**: Option a is cash out with credit @6%. So if u made 16%. U give back 10%. Not for us

**[10/23/25, 10:10:22 AM] James Andrew H**: Hey Akhil, is the new Docusign BSG Fund redemption for infrastructure/MCA? Or is this Tennessee fund? Also can you give me a summary on what redemption timeline is if I choose option B vs A where I take out my money now

**[10/23/25, 10:17:40 AM] Akhil Broadstreet Global**: Option b you get a multiple. Since we are being acquired. *You should buy more if you can*

**[10/27/25, 9:01:21 AM] James Andrew H**: I saw we will get a new Docusign for the redemption. I had a quick question. Can we split the redemption? For example I take half in cash and keep the other half in the SPAC?

**[10/27/25, 9:05:54 AM] Akhil Broadstreet Global**: No

**[10/27/25, 9:06:08 AM] Akhil Broadstreet Global**: *U should be adding to This in the first place*

**[10/27/25, 9:28:52 AM] Akhil Broadstreet Global**: Remember taking funds out triggers tax also as u have not paid tax on anything

**[10/27/25, 9:29:44 AM] Akhil Broadstreet Global**: *Figure out a way to add*. I'm doing the same

**[11/8/25, 6:55:49 AM] Akhil Broadstreet Global**: *let me know what u can add*. We have 2 weeks max before this closes. *$100k investment gives us $300k in stock @$10. Book value @16 we make around 500% on that number. Selling 5.5% a month - in 4 months u could possibly take ur principal out. + you get 100% write off on the investment for 2025. Try doing $1m*

(Emphasis added).

2) I relied on these representations from Mr. Morada when making my investment decisions.

3) In November 2025, David Feingold addressed all investors via a Zoom meeting regarding the sale of Broadstreet. During this meeting I recall Mr. Feingold coming across as arrogant and dismissive. Mr. Feingold stated, in substance, "I don't care what you do, take the cash if you don't want stock," which I understood to mean that investors who opted for a cash payout instead of stock would be paid that portion of their investment.

4) I subsequently signed the redemption form for option A- cash redemption to be paid within 6 months. I was told by multiple people from Broadstreet that this was the wrong decision. In final attempt to coerce me into selecting the stock redemption option, Jon Pecorella called me in November of 2025 and told me that the SOUL stock via SPAC would be one of the best investments I could make and that anything David Feingold gets involved with will become successful. Despite their best efforts, I never changed my redemption option from Choice A for a cash redemption.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August __11_, 2026, in ____Clark____County, State of Nevada_____.

_______________________________
James Andrew Ho