# EXHIBIT "Z"

**DECLARATION OF WILLIAM JOSEPH MORONEY**

I, **WILLIAM JOSEPH MORONEY**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct, that I am over 18 years of age, and that I have personal knowledge of the matters stated herein, except where I expressly state that a matter is based upon information communicated to me or information I subsequently received or reviewed:

1) My name is William Joseph Moroney. I am a 72-year-old retiree, who resides in the State of Arizona.

2) I unknowingly invested in Broadstreet through Todd Sanders, who had previously sold investment to me in the L3 Funds, another private equity fund that Mr. Sanders previously raised money for.

3) The first investment that turned out to be Broadstreet was an investment in a "special asset" called Weatherstone, which was a small out parcel of a larger subdivision. I invest in Weatherstone in May 2022.

4) When Mr. Sanders pitched this investment to me it was my understanding that this was just another investment in the L3 Funds. However, I believe this investment was transferred to Broadstreet after my investment without my knowledge or consent.

5) I earned no income from my investment in Weatherstone. All distributions paid to me were used to reduce my original [redacted] investment to an equity balance of [redacted].

6) Mr. Sanders sold the Weatherstone investment to me on the promise that I would make 15% plus on the original investment. But that never happened.

7) The second investment I made in Broadstreet was again sold to me through the L3 Hotel Fund. It was in the North Charleston Elements hotel investment. Mr. Sanders represented

that this investment was part of a group of six or seven hotels that would be developed and operated to a point where occupancy and food and beverage sales would be profitable, and then package and sold to a larger hotel operator at a substantial profit. However, that never happened.

8) Mr. Sanders told me that investors in the North Charleston Element were to share in both the operating profits and the sale profit. The asset ended up as a Broadstreet investment again without my knowledge or consent.

9) Shortly after the Monitor was appointed over Broadstreet, I requested a redemption of all my Broadstreet investments. However, Broadstreet only allowed me to withdraw my capital accounts for my North Charleston Element and Outparcel Lowndes Hill investments.

10) Broadstreet did not return the remaining equity balance of [redacted] remaining in my Weatherstone investment.

11) Since Broadstreet reduced my equity balance with every distribution I received from my Weatherstone investment, Broadstreet has unilaterally converted my Weatherstone investment into an interest free loan, which is not what I signed up for when I made this investment in 2022.

12) All of the assets were sold by Todd Sanders. I relied on the representations he made to me when deciding to make all of these investments. He also tried to sell several other investment opportunities in Broadstreet which I did not do.

13) In the November 2025 Redemption Notice I selected Option A with the understanding that I would finally be able to withdraw the remaining balance of my Weatherstone investment.

14) However, in May 2022, Broadstreet informed me that they are not going to honor my cash redemption request and instead will be giving me shared in fugazi company with no track record as an "in-kind" redemption.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 14, 2026, in Maricopa County, State of Arizona.

*/s/ William Joseph Moroney*

William Joseph Moroney