# EXHIBIT "AB"

**DECLARATION OF STEVEN STILES**

I, **STEVEN STILES**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct, that I am over 18 years of age, and that I have personal knowledge of the matters stated herein, except where I expressly state that a matter is based upon information communicated to me or information I subsequently received or reviewed:

1) My name is Steven Stiles. I am 78 years old, retired from Civil Engineering 16 years ago. I first invested in Broad Street Global Fund (BSGF) in May 2024. My investment advisor was Tarek Hussein, a broker with Network 1 Financial Services who I believed to be very knowledgeable and trustworthy in regards to the Broad Street Global (BSG) Investments. I believe Tarek left Network 1 and went to work as a partner in Broad Street Global around August 2024. I was referred to him by a friend who had been investing with Tarek for several years. He highly recommended him.

2) My investment decisions were based largely on the understanding that I would receive quarterly dividend distributions based on an approximate 14.6% min. annual basis and that I would have the ability to request a partial or full redemption of my investment at any time, subject to the terms of the Fund's governing documents, not exceeding a 6 month time period.

3) My first investment was [redacted] (which was the minimum initial investment amount represented to me) in May 2024 in BSG crypto/altcoin mining which was paying a 28% annual dividend return. I subsequently invested an additional [redacted] in the crypto/altcoin in November 2024. I also invested [redacted] in the Merchant Cash Advance fund (MCA 15 (BSG 15)) in May 2024 and [redacted] in a Tennessee land investment in June 2024, both of which were paying a 14.6% annual dividend.

4) In June 2025 I sold a property that I owned for [redacted]. I invested [redacted] of it in July 2025 in BSG. I was told by my advisor Tarek that BSG had merged all of their different investments into a single conglomerate investment and that I could purchase another BSG members' membership interest. I was told that BSG was in process of selling 40% of their Land investments to a private investor and that BSG was planning to sell the remaining 60% of the BSG investments over the next five years to be completed in 2030. During this time I would be receiving quarterly dividends of a minimum of 14.6% annual return but could receive more depending on profit of their remaining projects as they completed and sold them over the next five years.

5) In November/December 2025, I was notified of a change in the BSG Investments to a proposed stock issuance in connection with a Special Purpose Acquisition Company, (SPAC) called Soul Power (SOUL) transaction. Investors were given the choice of accepting the stock or getting a cash redemption. SOUL was purchasing 40% of the Broad Street Land projects which represented about 25% of their proposed assets.

6) The remaining 75% of their assets would be primarily in highly speculative investments (i.e. gold mining, oil fields, slate mining, etc.). There was a highly restricted lockup period of 3 1/2 years during which you could not liquidate your assets. This became a totally different type of investment from my original investment, which was primarily in Land related projects over a five-year period during which time I could request partial or full investment fund redemption.

7) In October/November 2025, BSG issued a Docusign for investors to choose either a cash redemption choice or a stock redemption choice. According to the Docusign "Any investor not completing this document will, at the discretion of the manager of BSGF, be assumed to choose

Redemption Choice - A for a cash buyout". I chose the default action of not signing which I understood to be a cash buyout according to the Broad Street Docusign and verified verbally by my broker, Terek. In May 2026, I was told by BSG that I could only accept the stock option: no cash redemption option. In addition to this, I have not received any of the dividends since Nov. 2025. These dividends would amount to over [redacted].

8) My concerns are both practical and financial.

9) **First**, BSG claims that this stock issuance is an in-kind exchange. In reference to a BSG letter dated May 22, 2026, I do not think that this qualifies as an in-kind exchange. The **liquidity of an asset**, in this case a stock, is absolutely considered in an in-kind exchange, as it directly impacts the true economic value of the transaction and the ease with which the asset can be converted into cash in the future.

10) **Second**, I have significant concerns regarding the valuation, nature and liquidity of the proposed stock SOUL. It is a very different type of Investment from my original Investment. The proposed SOUL stock is a very speculative high-risk stock. While BSGF has stated that investors may receive consideration valued at approximately three times their investment, the ultimate value that investors may actually realize remains highly uncertain. The proposed shares are subject to significant transfer and liquidity restrictions. There is no guarantee of being able to sell the stock prior to 3 ½ years. Furthermore, there is no assurance regarding future market value.

11) **Third**, I am retired and live on a fixed income. The dividend distributions associated with my investment were an important component of my financial planning and ongoing living expenses. The replacement of those expected cash flows with restricted stock materially changes the nature of the investment and creates financial hardship.

12) In conclusion I feel I have been highly misled by the BSG company. Not only have they misled me, they have withheld dividends since Nov. 2025 and caused serious financial and potential tax consequences to me. This has also caused me considerable stress and anxiety over the last several months, resulting in in my having to seek professional psychological help.

13) Thank you for your consideration of my very important retirement investment concerns that I depend on.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2026, in Sacramento County, State of Calif.

Steven Stiles