# EXHIBIT "AE"

**DECLARATION OF SANJAY GUPTA AND ANITA GUPTA**

We, **Sanjay Gupta** and **Anita Gupta**, pursuant to 28 U.S.C. § 1746, do hereby declare under penalty of perjury that the foregoing is true and correct, that we are over 18 years of age, and that the matters stated herein are based upon our personal knowledge, except where we expressly state that a matter is based upon communications, documents, investor presentations, or other information provided to us:

1) We are Sanjay Gupta and Anita Gupta, ages 63 and 57, respectively. We are a working-class couple employed in Academic Institute who invested a substantial portion of our personal savings and retirement funds with BSG Fund after being introduced to the company through mutual friends and family members who were already investors. We now deeply regret that decision and believe we were misled regarding the nature, security, liquidity, and future of our investments.

2) As we approached retirement, our primary objective was to preserve our savings and generate a reliable source of income for our future. We did not consider ourselves sophisticated investors, nor were we looking to take excessive risks. We were seeking what we believed would be a reasonable and responsible investment opportunity that could provide financial stability during our retirement years.

3) We were formally introduced to Akhil Morada, whom we understood to be one of BSG Fund's senior advisors/financial managers. Over an extended period, we communicated with him through telephone calls, WhatsApp messages, and other communications. He was consistently courteous and persuasive and repeatedly encouraged us to consider additional BSG investment opportunities. These included various funds and business ventures involving storage units, dealerships, land ownership, real estate infrastructure, and alternative-coin investments.

4) Because several of our close friends and family members have already invested in BSG, we initially felt a significant level of trust and comfort with the company. Our confidence was further strengthened by the way the investment opportunities were presented to us. In particular, the real-estate infrastructure and alternative-coin investments were represented as legitimate opportunities with potential financial and tax benefits. Based on these representations and believing that our money would remain accessible when needed, we proceeded with our investments.

5) One of the most important assurances we received throughout our relationship with BSG was that we would be able to access or withdraw our money when needed. We repeatedly understood from our conversations with BSG representatives that our investments were not intended to permanently lock up our retirement savings and that we would be able to recover our funds.

6) We initially felt comfortable with our decision. However, we were always conscious that we had limited retirement savings and that these investments represented a significant portion of our financial future. Consequently, we repeatedly asked questions about liquidity, safety, and our ability to access our money. When we subsequently became aware of an SEC investigation involving BSG, we became increasingly concerned and attempted to withdraw our investments. Despite our concerns, we continued to receive communication encouraging us to invest additional money. At that point, our confidence in BSG began to deteriorate substantially.

7) Beginning in approximately January 2025, BSG suddenly stopped making the quarterly interest payments that we had previously received. We have not received the expected interest payments on these investments since that time. When we asked why payments had

stopped, we were told that BSG was transitioning or restructuring its businesses into two separate stock-based companies that had not yet been fully established.

8) We were told that our alternative-coin investment would eventually be transferred into a company referred to as Z-Square, while our other investments would ultimately be converted into or associated with Soul Power/SWB Stock, which we understood was intended to be a SPAC-related entity.

9) We repeatedly questioned why we were no longer receiving income from investments that we understood were continuing to operate. Rather than receiving clear and consistent explanations, we were given various explanations concerning regulatory approvals, including statements attributing to the delays to the SEC. In some communications, when we expressed our frustration about the lack of payments and uncertainty surrounding our investments, we were essentially told that "it is what it is." These responses did little to alleviate our concerns and instead increased our fear that our retirement savings were no longer secure.

10) With respect to our investment that was supposed to transition into Z-Square, we have, to date, received neither the expected return of our investment nor shares representing our investment in the proposed company (Attached is the screenshot). We also have not received the interest or other payments we had previously expected from this investment for approximately 18 months. Despite repeated inquiries, we remain without a satisfactory resolution or a clear accounting of where our investment stands, what assets support it, what our ownership interest is, or when we can expect to recover our money.

11) With respect to our other BSG investments, we were eventually presented with an agreement under which we were given what was described as an option to either receive our money back or participate in the proposed stock transaction. We were told that participation in the stock

would involve a valuation of approximately three times our investment value, but that the resulting shares would be subject to significant restrictions on our ability to sell them. We were provided with a lengthy agreement that stated, in substance, that once we selected one option, we could no longer select the other. The agreement also appeared to state that it would be binding and would supersede prior agreements or understandings.

12) We felt significant pressure to decide despite the complexity and uncertainty surrounding the transaction. Given our age, our approaching retirement, and the fact that these funds represented a substantial portion of our financial security, we ultimately chose Option A—the return of our money—in approximately November 2025. We understand that BSG has given itself approximately six months to return our investment. That period has now passed, and we still have not received the return of our initial investment.

13) The consequences for our family have been profound. We invested money that we had accumulated over many years of working and saving. We also withdrew a substantial amount from my retirement account because we believed BSG represented a legitimate investment opportunity and that our money would remain accessible. Instead, we now find ourselves fighting to recover money that was intended to support us during retirement. We have had to worry about ordinary financial obligations, including car payments, tuition expenses for our son, household expenses, and our long-term retirement security. What was supposed to provide financial stability has instead created extraordinary uncertainty and distress.

14) The emotional consequences have been equally severe. The prolonged uncertainty, repeated requests for information, lack of meaningful resolution, and inability to recover our funds have placed enormous stress on both of us. I have also recently undergone open-heart surgery, making the continuing financial and emotional stress particularly difficult to manage. The ongoing

situation has caused significant emotional distress and has affected our daily lives and personal relationships. We feel that the consequences of this situation extend far beyond financial loss. The money entrusted to BSG represented our future, our retirement security, and years of hard work.

15) We are deeply troubled by what we believe was a pattern of representations and conduct that caused us to place substantial trust in BSG and its senior representatives.

16) We believe we were repeatedly encouraged to invest based on assurances regarding the legitimacy, value, liquidity, and future of the investments. We also believe that important information regarding the risks, restrictions, regulatory status, and ability to recover our money was either inadequately disclosed or not clearly communicated to us.

17) We are particularly concerned about the way the proposed restructuring into Z-Square and Soul Power/SWB was presented, the prolonged suspension of our expected payments, the restrictions associated with the proposed stock, and the continued failure to return our investment after we expressly selected the cash-return option.

18) We are also concerned about the compensation and financial benefits received by BSG and its senior partners during this period. From our perspective, it is difficult to understand how investors could be left without their expected payments or return of principal while those managing the investments and businesses continued to receive substantial compensation.

19) We feel that our interests as investors were not adequately protected and that the circumstances raise serious questions regarding whether appropriate fiduciary responsibilities were observed. We also believe that the structure and way these investments were presented may warrant thorough investigation by appropriate regulatory and law-enforcement authorities.

20) We recognize that legal conclusions regarding fraud, breach of fiduciary duty, securities violations, theft, or other wrongdoing must ultimately be determined by the appropriate authorities or courts. However, based on our experience and the information available to us, we believe there are serious circumstances such as warrant investigation and legal action.

21) Finally, we are heartbroken, financially devastated, and deeply distressed by what has happened. We sincerely regret that we did not conduct a more extensive independent investigation of BSG before entrusting such a significant portion of our retirement savings to the company. In retrospect, we wish we had consulted an independent securities attorney, fiduciary financial advisor, or other qualified professional before making these investments. Nevertheless, we do not believe that our failure to conduct additional due diligence excuses what we believe, were potentially misleading representations or failures by those who solicited and managed our investments.

22) We are now determined to pursue every lawful avenue available to us to recover our investments, including our original BSG investments and our alternative-coin investment for which we have neither received our money nor the promised Z-Square shares. We are seeking to understand exactly what happened to our money, where our investments were placed, what assets remain, what representations were made to investors, how investor funds were used, and whether BSG and its senior partners complied with their legal and fiduciary obligations.

23) We believe civil legal action is necessary to protect our rights and pursue recovery of our funds. We also believe that, if an independent investigation establishes intentional misconduct, deception, misappropriation, securities violations, or other criminal conduct, the appropriate regulatory and law-enforcement authorities should take whatever action is warranted under the law. We are not seeking special treatment. We are simply seeking the return of the

money we worked for, saved for our retirement, and entrusted to BSG in good faith. For us, this is not merely an investment dispute. It has affected our financial security, our retirement plans, our family, our relationships, and our emotional well-being. We believe we have a right to answers, transparency, accountability, and, most importantly, the recovery of the funds that we entrusted to BSG.

We declare under penalty of perjury that the foregoing is true and correct.

Executed on August 13, 2026, in Cuyahoga County, State of Ohio.

Sanjay Gupta

**Sanjay Gupta**

Executed on August 13, 2026, in Cuyahoga County, State of Ohio.

Anita Gupta

**Anita Gupta**